# EXHIBIT D

Page 1 of 1
NEHI Enterprise Loan – Notice of Default

October 2, 2025

***Sent via E-mail***

North East Housing Initiative, Inc.
P.O. Box 11762
5307 Belair Road,
Baltimore, MD 21206
Attn: Garrick R. Good, Executive Director
garrick.good@nehihomes.org

Re:    NEHI Enterprise Loan in the Principal Sum of $60,000.00 (the "Loan") - Notice of Default

Dear Mr. Good,

Reference is made to that certain Loan Agreement between North East Housing Initiative, Inc. ("Borrower"), and National Housing Trust Community Development Fund ("Lender") dated as of May 11, 2023 (as amended, restated, supplemented, or otherwise modified from time to time, the "Loan Agreement"), and the other Loan Documents as that term is defined in the Loan Agreement.

Lender has granted, and Borrower and Lender have agreed to several extensions of the Loan term. Most recently, under that certain Fifth Loan Modification Agreement, dated as of January 28, 2025, by and between Borrower and Lender, the Maturity Date of the Loan was extended to July 28, 2025. Thus, on July 28, 2025 the entire balance of the Loan was due to Lender. As of the date of this letter, Lender has not received such payment from Borrower.

**All sums advanced to Borrower under the Loan are immediately due and payable.** The current outstanding principal balance of the Loan (including accrued Interest) equals $61,072.59.

We retain and reserve all of our rights and remedies under the Loan Documents, including our right under the Promissory Note to assess a late charge equal to ten percent (10%) of the unpaid sum.  We further note in this regard that any delay or forbearance on our part in exercising Lender's rights and remedies does not constitute a waiver of any such right or remedy.

Sincerely,

**Andrea Sevanto**
Director of CDFI Asset Management

cc:
    Marc E. Shach
    1301 York Road, Suite 400
    Lutherville, MD 21093
    (410) 630 - 4428