IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NATIONAL HOUSING TRUST COMMUNITY** \*
**DEVELOPMENT FUND**
\*
    **Plaintiffs**
\*    Case No.: 1:26-CV-76
**v.**
\*
**NORTH EAST HOUSING INITIATIVE, INC.**
\*
    **Defendant**
\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### MOTION FOR ADMISSION *PRO HAC VICE* OF MARC E. SHACH, ESQ.

Dayna C. Cooper, Esq. ("Movant") hereby moves for the admission *pro hac vice* of Marc Edward Shach, Esq. and in support thereof states as follows:

1. I am licensed to practice law in the District of Columbia and am in good standing in this court.

2. As set forth in the Declaration for *Pro Hac Vice* Admission attached hereto as **Exhibit A.** Mr. Shach fulfils all of the requirements for the admission *pro hac vice* in this Court.

**WHEREFORE**, for the above grounds and the Declaration for *Pro Hac Vice* Admission Movant moves for the admission *pro hac vice* of Marc E. Shach, Esq.

Dated:  February 17, 2026                Respectfully submitted,

                                      /s/ Dayna C. Cooper
                                      Dayna C. Cooper, Esq. (Bar No. 1033851)
                                      1 Olympic Pl., Suite 900
                                      Towson, MD 21204
                                      (202) 642-5470 (office)
                                      Dayna@cooperlegalsolutions.com

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2026, I served a copy of the foregoing Motion for Admission *Pro Hac Vice* for Marc E. Shach, Esq. electronically via the Court's CM/ECF electronic notification system or First-Class U.S. Mail, to the following parties:

Joel W. Ruderman, Esq.
Jennifer L. Kneeland, Esq.
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102

                                        /s/ Dayna C. Cooper
                                        Dayna C. Cooper, Esq.