IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND
                                                        *

     **Plaintiffs**

                                                        *     Case No.: 1:26-CV-76

v.
                                                        *

**NORTH EAST HOUSING INITIATIVE, INC.**
                                                        *

     **Defendant**

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant, North East Housing Initiative, Inc., by and through their undersigned counsel, hereby submits this Answer to the Complaint filed by Plaintiff, National Housing Trust Community Development Fund, in the above-captioned matter. Defendant denies each and every allegation in the Complaint except as specifically admitted herein.

## RESPONSES TO ALLEGATIONS

1. Defendant is without sufficient knowledge to admit or deny, and therefore, denies.

2. Admitted.

3. Allegation 3 is a conclusion of law, which does not require admission or denial.

4. Allegation 4 is a conclusion of law, which does not require admission or denial.

5. Admitted.

6. Admitted.

7. Allegation 7 refers to a documents, which speaks for themselves.

8. Allegation 8 refers to a document, which speaks for itself.

9. Allegation 9 refers to a document, which speaks for itself.

10. Allegation 10 refers to a document, which speaks for itself.

11. Allegation 11 refers to a document, which speaks for itself.

12. Allegation 12 refers to a document, which speaks for itself.

13. Allegation 13 refers to a document, which speaks for itself.

14. Allegation 14 refers to a document, which speaks for itself.

15. Allegation 15 refers to a document, which speaks for itself.

16. Allegation 16 refers to a document, which speaks for itself.

17. Allegation 17 refers to a document, which speaks for itself.

18. Allegation 18 refers to a document, which speaks for itself.

19. Allegation 19 refers to a document, which speaks for itself.

20. Admitted.

21. Allegation 21 refers to a document, which speaks for itself.

22. Allegation 22 refers to a document, which speaks for itself.

23. Admitted.

24. Admitted.

25. Allegation 25 refers to a document, which speaks for itself.

26. Allegation 26 refers to a document, which speaks for itself.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Allegation 32 refers to a document, which speaks for itself.

33. Allegation 33 refers to a document, which speaks for itself.

34. Allegation 34 refers to a document, which speaks for itself.

35. Allegation 35 refers to a document, which speaks for itself.

36. Allegation 36 refers to a document, which speaks for itself.

37. Allegation 37 refers to a document, which speaks for itself.

38. Allegation 38 refers to a document, which speaks for itself.

39. Allegation 39 refers to a document, which speaks for itself.

40. Admitted.

41. Admitted.

42. Allegation 43 refers to a document, which speaks for itself.

43. Admitted.

44. Allegation 44 refers to a document, which speaks for itself.

45. Allegation 45 is a conclusion of law, which does not require admission or denial.

46. Allegation 46 is a conclusion of law, which does not require admission or denial.

47. Defendant is without sufficient knowledge to admit or deny, and therefore, denies.

## **AFFIRMATIVE DEFENSES**

1. Laches.

2. Excuse.

3. The relief sought is inequitable.

4. Failure to mitigate damages.

5. Unclean Hands.

Respectfully submitted,

/s/ Dayna C. Cooper
Dayna C. Cooper, Esq.
Federal Bar No. 1033851
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
(202) 642-5470
Dayna@cooperlegalsolutions.com

and

 /s/ Marc E. Shach
Marc E. Shach, Esq. (*pro hac vice* pending)
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland 21093
Direct: 410-630-4428
Firm: 410-244-8800
Fax: 410-825-5941
mes@cooncolelaw.com

*Counsel for Defendant, Northeast Housing Initiative, Inc.*