AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| National Housing Trust Community Development Fund | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:26-CV-00076 |
| North East Housing Initiative, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North East Housing Initiative, Inc.

Date:   03/05/2026

/s/ Marc E. Shach
*Attorney's signature*

Marc E. Shach
*Printed name and bar number*

1301 York Road, Suite 400
Lutherville, Maryland 21093

*Address*

mes@cooncolelaw.com
*E-mail address*

(410) 630-4428
*Telephone number*

(410) 825-5941
*FAX number*