CO-386
10/2018

# United States District Court
# For the District of Columbia

National Housing Trust Community Development Fund )
)
)
)
Plaintiff )
vs )  Civil Action No. __1:26-Cv-00076-SLS__
)
North East Housing Initiative, Inc. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __North East Housing Initiative, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __North East Housing Initiative, Inc.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Marc E. Shach
Signature

Pro Hac Vice
BAR IDENTIFICATION NO.

Marc E. Shach
Print Name

1301 York Road, Suite 400
Address

Lutherville    Maryland    21093
City    State    Zip Code

410-630-4428
Phone Number