**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST
COMMUNITY DEVELOPMENT FUND

      Plaintiff,

    v.

NORTH EAST HOUSING INITIATIVE, INC.,

      Defendant.

Civil Action No.  1:26-CV-76

**NATIONAL HOUSING TRUST COMMUNITY
DEVELOPMENT FUND'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, National Housing Trust Community Development Fund ("Plaintiff"), by undersigned counsel, files this Motion for Summary Judgment (the "Motion") pursuant to Federal Rule of Civil Procedure 56, against North East Housing Initiative ("Defendant").  In support of this Motion, Plaintiff directs the Court to Plaintiff's: (i) Memorandum of Law in Support of its Motion for Summary Judgment, (ii) Statement of Undisputed Material Facts and (iii) Declaration of Alice Hamilton Evert in Support of the Motion for Summary Judgment, filed contemporaneously with the Motion.

[Signature Page Follows]

March 17, 2026                                    Respectfully submitted,


                                                 */s/ Joel W. Ruderman*
                                                 Joel W. Ruderman
                                                 Federal Bar No. 479385
                                                 Jennifer L. Kneeland
                                                 Federal Bar No. 490522
                                                 1765 Greensboro Station
                                                 Place, Suite 1000
                                                 McLean, Virginia, 22102
                                                 (703) 749-1080 (telephone)
                                                 E-Mail: jruderman@watttieder.com
                                                 E-Mail: jkneeland@watttieder.com

                                                 Counsel for Plaintiff, National Housing Trust
                                                 Community Development Fund

**CERTIFICATE OF SERVICE**

I HEREBY certify that I caused the foregoing: (1) Motion for Summary Judgment, (2) Memorandum in Support Thereof, (3) Statement of Undisputed Material Facts, and (4) Declaration of Alice Hamilton Evert in Support of the Motion for Summary Judgment to be served via CM/ECF on March 17, 2026, on the following:

Danya C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
dayna@cooperlegalsolutions.com

Marc Shach, Esquire
1301 York Road, Suite 400
Lutherville, MD 21093
mes@cooncolelaw.com

                                                 */s/* Joel W. Ruderman
                                                 Joel W. Ruderman


                                                 2