## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL HOUSING TRUST
COMMUNITY DEVELOPMENT FUND

           Plaintiff,

    v.

NORTH EAST HOUSING INITIATIVE, INC.,

           Defendant.

Civil Action No.  1:26-CV-76

**DECLARATION OF ALICE HAMILTON EVERT IN SUPPORT OF
PLAINTIFF NATIONAL HOUSING TRUST COMMUNITY
DEVELOPMENT FUND'S MOTION FOR SUMMARY JUDGMENT
AGAINST DEFENDANT NORTH EAST HOUSING INITIATIVE, INC.**

I, Alice Hamilton Evert, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing factual statements are true and correct to the best of my knowledge:

1. I am over the age of 18 and if called to testify, I am competent to testify as to the matters set forth herein.

2. I am employed by the National Housing Trust Community Development Fund (the "National Housing Trust"), as legal counsel. I have worked at the National Housing Trust since February 24, 2022. The National Housing Trust is a nonprofit corporation. The National Housing Trust's mission is to promote the long-term preservation of quality housing for low- and moderate-income individuals.

3. I am familiar with the facts and circumstances surrounding the above-captioned matter.

4. On January 12, 2026, the National Housing Trust initiated this matter by filing a complaint against Defendant North East Housing Initiative seeking money damages for losses incurred by the National Housing Trust in connection with two loan agreements and related

promissory notes (the "Loans") it issued at the request of Defendant to support Defendant's efforts to acquire, rehabilitate and sell single-family homes in northeast Baltimore, Maryland.

5.     Defendant breached the Loans by failing to make payments owed under the Loans when due, and without regard to the National Housing Trust's demand for payment.

6.     As of the filing of the National Housing Trust's Motion for Summary Judgment, Defendant, as party to the Initial Loan Agreement and the Initial Note (as those terms are defined in the Memorandum in Support of Motion for Summary Judgment), is liable to the National Housing Trust for damages caused by Defendant of not less than $570,782.30, plus pre-judgment interest, costs, and attorneys' fees.

7.     As of the filing of the National Housing Trust's Motion for Summary, Defendant, as party to the Enterprise Loan Agreement and the Enterprise Note (as those terms are defined in the Memorandum in Support of Motion for Summary Judgment), is liable to the National Housing Trust for damages caused by Defendant of not less than $61,072.59, plus pre-judgment interest, costs, and attorneys' fees.

8.     As of the Filing of the National Housing Trust's Motion for Summary Judgment, the National Housing Trust has suffered damages caused by Defendant related to both Loans of not less than $631,854.89, plus pre-judgment interest, costs, and attorneys' fees.

Executed on March 17, 2026 in Durham, North Carolina.

Alice Hamilton Evert

21040417.1 104882.00001

2