**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST
COMMUNITY DEVELOPMENT FUND

      Plaintiff,

   v.

NORTH EAST HOUSING INITIATIVE, INC.,

      Defendant.

Civil Action No.  1:26-CV-76

**ORDER GRANTING NATIONAL HOUSING TRUST COMMUNITY
DEVELOPMENT FUND'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of National Housing Trust Community Development Fund's Motion

for Summary Judgment (the "Motion"), Memorandum in Support Thereof, Statement of

Undisputed Material Facts, Declaration of Alice Hamilton Evert in Support of the Motion for

Summary Judgment, and any opposition thereto, and for good cause, it is hereby:

ORDERED, that the Motion is GRANTED;

ORDERED, that Summary Judgment is entered in favor of Plaintiff, the National

Housing Trust Community Development Fund, and against, Defendant, the North East Housing

Initiative, Inc., in the amount of $631,854.89, and

ORDERED, that judgment is awarded in favor of Plaintiff, the National Housing Trust

Community Development Fund, and against, Defendant, the North East Housing Initiative, Inc.,

in the amount of $631,854.89.

SO ORDERED.

Dated: _____, 2026

                                          _____
                                          Judge Sparkle L. Sooknanan
                                          United States District Court for the District of
                                          Columbia

cc:

Danya C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
dayna@cooperlegalsolutions.com

and

Marc Shach, Esquire
1301 York Road, Suite 400
Lutherville, MD 21093
mes@cooncolelaw.com

Counsel for the Defendant

Joel W. Ruderman, Esquire
Jennifer L. Kneeland, Esquire
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station
Place, Suite 1000
McLean, Virginia, 22102
E-Mail: jruderman@watttieder.com
E-Mail: jkneeland@watttieder.com

2