**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATIONAL HOUSING TRUST** | ) | |
| **COMMUNITY DEVELOPEMENT FUND** | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | Civil Action No: 1:26-CV-00076-SLS |
| vs. | ) | |
| | ) | |
| **NORTH EAST HOUSING INITIATIVE INC,** | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.6(c) of this Court, undersigned counsel respectfully moves for leave to withdraw as counsel of record for North East Housing Initiative, Inc. In support of this Motion, counsel states as follows:

1. Undersigned counsel entered an appearance in this matter on behalf of North East Housing Initiative Inc.

2. On February 20, 2026, **Marc E. Shach** was admitted *pro hac vice* in this matter and has entered an appearance on behalf of North East Housing Initiative, Inc.

3. As a result, North East Housing Initiative, Inc. continues to be represented by counsel in this action, and withdrawal of undersigned counsel will not prejudice the client, the parties, or the Court.

4. Good cause therefore exists to permit undersigned counsel to withdraw from further representation in this matter.

5.  All future communications regarding this matter should be directed to:


**March E. Shach**
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, MD 21093
(410) 630-4428
mes@cooncolelaw.com

WHEREFORE, undersigned counsel respectfully requests that the Court grant this

Motion and permit withdrawal as counsel of record for North East Housing Initiative, Inc.


Respectfully submitted,
/s/Dayna C. Cooper/
Dayna C. Cooper (Bar No. 1033851)
1 Olympic Pl., Suite 900
Towson, MD 21204
(202) 642-5470 (office)
Dayna@CooperLegalSolutions.com



**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2026, the foregoing Motion to Withdraw

as Counsel was filed through the Court's CM/ECF system, which will send notice of such filing

to all counsel of record.


/s/Dayna C. Cooper/
Dayna C. Cooper