## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL HOUSING TRUST** ) <br> **COMMUNITY DEVELOPMENT FUND** ) <br>       Plaintiff. ) <br> ) <br>   vs. ) <br> ) <br> **NORTH EAST HOUSING INITIATIVE INC,** ) <br>       Defendant. ) | Civil Action No: 1:26-CV-00076-SLS |

### PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Upon consideration of the Motion to Withdraw as Counsel filed by undersigned counsel for Defendant North East Housing Initiative, Inc., and for good cause shown, it is hereby:

ORDERED that the Motion is **GRANTED**; and it is further

ORDERED that Dayna C. Cooper, Esq., is hereby withdrawn as counsel of record for Defendant North East Housing Initiative, Inc. in the above-captioned matter; and it is further

ORDERED that Defendant North East Housing Initiative, Inc. shall continue to be represented in this matter by existing counsel, Marc E. Shach, Esq., of Coon & Cole, LLC; and it is further

ORDERED that all future filings and communications shall be directed to:

**March E. Shach**
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, MD 21093
(410) 630-4428
mes@cooncolelaw.com

SO ORDERED.


Dated: _____          _____

                                                           Hon. Judge. Sparkle L. Sooknanan