# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST
COMMUNITY DEVELOPMENT FUND

      Plaintiff,

    v.

NORTH EAST HOUSING INITIATIVE, INC.,

      Defendant.

Civil Action No.  1:26-CV-76

**JOINT SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 26 and Local Rule 16.3, Plaintiff, National Housing Trust Community Development Fund and Defendant North East Housing Initiative, Inc. and collectively with the Plaintiff, the "Parties"), by counsel, jointly submit this scheduling order:

The following deadlines shall apply to this proceeding:

| | | |
|---|---|---|
| a. | Discovery: | The Parties agree there is no need for discovery in this case.  However, subject to the Court's ruling on Plaintiff's Summary Judgment Motion, the Parties reserve the right to conduct discovery regarding any affirmative defenses raised by Defendant. |
| b. | Initial Disclosures | (waived by all parties) |
| c. | Expert Witness Disclosure | (waived by all parties) |
| d. | Summary Judgment Motion Deadline | April 14, 2026 |
| e. | Pretrial Statements due: | May 12, 2026 or such other date as may be determined by the Court |

2

f.      Final Pretrial Conference:        May 26, 2026 or such other date as may be
                                          determined by the Court.


Dated: _____, 2026            _____
                                         JUDGE, UNITED STATES DISTRICT COURT



We ask for this:

*/s/ Joel W. Ruderman*
Joel W. Ruderman
Federal Bar No. 479385
Jennifer L. Kneeland
Federal Bar No. 490522
1765 Greensboro Station
Place, Suite 1000
McLean, Virginia, 22102
(703) 749-1080 (telephone)
E-Mail: jruderman@watttieder.com
E-Mail: jkneeland@watttieder.com

Counsel for Plaintiff, National Housing Trust Community Development Fund


*/s/ Marc Shach*
Marc Shach, Esquire
Admitted Pro Hac Vice
1301 York Road, Suite 400
Lutherville, MD 21093
(410) 630-4428 (telephone)
mes@cooncolelaw.com

Counsel for North East Housing Initiative Inc.

3