**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTH EAST HOUSING INITIATIVE, INC.,<br><br>　　　　Defendant. | Civil Action No.  1:26-CV-76 |

**JOINT STATEMENT CONSENTING REFERRAL TO MAGISTRATE JUDGE**

Pursuant to Fed. R. Civ. P. 73, Plaintiff, National Housing Trust Community Development Fund, and Defendant North East Housing Initiative, Inc., by undersigned counsel, consent to the referral of this proceeding to a Magistrate Judge.

March 26, 2026　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　/s/ Joel W. Ruderman
　　　　　　　　　　　　　　　Joel W. Ruderman
　　　　　　　　　　　　　　　Federal Bar No. 479385
　　　　　　　　　　　　　　　Jennifer L. Kneeland
　　　　　　　　　　　　　　　Federal Bar No. 490522
　　　　　　　　　　　　　　　1765 Greensboro Station
　　　　　　　　　　　　　　　Place, Suite 1000
　　　　　　　　　　　　　　　McLean, Virginia, 22102
　　　　　　　　　　　　　　　(703) 749-1080 (telephone)
　　　　　　　　　　　　　　　E-Mail: jruderman@watttieder.com
　　　　　　　　　　　　　　　E-Mail: jkneeland@watttieder.com

　　　　　　　　　　　　　　　Counsel for Plaintiff, National Housing Trust
　　　　　　　　　　　　　　　Community Development Fund

　　　　　　　　　　　　　　　and

/s/ Marc E. Shach
Marc E. Shach (admitted Pro Hac Vice)
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland 21093
E-Mail: mes@cooncolelaw.com
410-630-4428
410-825-5941 (fax)

Counsel for Defendant North East Housing
Initiative, Inc

2

**CERTIFICATE OF SERVICE**

I HEREBY certify that I caused the foregoing to be served via CM/ECF on March 26, 2026 on the following:

Danya C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
dayna@cooperlegalsolutions.com


Marc Shach, Esquire
1301 York Road, Suite 400
Lutherville, MD 21093
mes@cooncolelaw.com

*/s/* Joel W. Ruderman
    Joel W. Ruderman

21058931.1 104882.00001