**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND<br><br>     Plaintiff,<br><br>     v.<br><br>NORTH EAST HOUSING INITIATIVE, INC.,<br><br>     Defendant. | Civil Action No.  1:26-CV-76 |

**MOTION FOR COURT TO RESCHEDULE INITIAL SCHEDULING CONFERENCE**

Plaintiff, National Housing Trust Community Development Fund ("Plaintiff") files this Motion for Court to Reschedule Initial Scheduling Conference (the "Motion"), and states:

1.      On January 12, 2026, Plaintiff commenced this action by filing a complaint for breach of contract against Defendant North East Housing Initiative, Inc. ("Defendant") (collectively, with Plaintiff, the "Parties") based upon Defendant's failure to pay amounts owed under two loans when due, and without regard to Plaintiff's demand for payment.

2.      On February 19, 2026, Defendant filed its answer.[1]  Defendant does not deny that it received the loaned funds, that it is obligated to repay the loans in full, and that it failed to do so.[2]

3.      On February 25, 2026, Judge Sparkle L. Sooknanan scheduled an Initial Scheduling Conference in this matter for March 31, 2026.[3]

---

[1] At the request of Defendant's counsel, Plaintiff agreed to an extension of the deadline to respond to the Complaint.  *See* Joint Motion for Extension of Time to File Answer (Doc. 8).

[2] *See* Complaint (Doc. No. 1) ¶¶ 28, 29 and 46, Answer (Doc. 10) ¶¶ 28, 29 and 46.

[3] Docket No. 11.

4. On March 17, 2026, because no material dispute of fact exists, Plaintiff filed a motion for summary judgment and requested entry of a monetary judgment in its favor against Defendant in the amount of $631,854.89, plus pre-judgment interest, costs, and attorneys' fees.[4]

5. On March 18, 2026, in light of the scheduled Initial Scheduling Conference, the court stayed all deadlines related to the Plaintiff's Motion for Summary Judgment.[5]

6. On March 24, 2026, the Parties filed a Rule 26(f) Joint Report where the Parties stated that they were amenable to assigning this matter to a magistrate judge.

7. On March 26, 2026, the Court referred this action to be assigned to a magistrate judge, vacated the Initial Scheduling Conference set for March 31, 2026, and stated that the Court's prior order staying deadlines concerning Plaintiff's Motion for Summary Judgment remains in place.[6] On that same date, this proceeding was referred to Magistrate Judge Moxila A. Upadhyaya.

8. After two weeks had passed, Plaintiff's counsel asked Defendant's counsel if it was okay to reach out to the Court's chambers for the limited purpose "to inquire about the status of the case concerning the initial scheduling conference, and/or deadlines related to the motion for summary judgment?" As an alternative, Plaintiff's counsel asked Defendant's counsel if he was available to join "in calling the court's chambers to ask for a status update?"[7]

9. In response, Defendant's counsel refused. He stated that his "client would prefer to allow things to play out without contacting Chambers."[8]

---

[4] Docket No 14.

[5] See Minute Order dated March 18, 2026.

[6] See Minute Order dated March 26, 2026.

[7] *See* attached Exhibit A.

[8] *Id.*

10.     Due to Defendant counsel's refusal to allow Plaintiff's counsel to contact chambers for the limited purpose of asking about the status of the case concerning the initial scheduling conference, and/or deadlines related to the motion for summary judgment, or join Plaintiff's counsel to call the court's chambers to ask for a status update, Plaintiff has now filed this Motion requesting that the Court reschedule the Initial Scheduling Conference so that this matter may proceed.

WHEREFORE, Plaintiff asks that this Court grant the Motion, reschedule the Initial Schedule Conference for a date as soon as practicable in accordance with the Court's schedule and grant such other and further relief as the Court deems proper.

April 16, 2026                                    Respectfully submitted,


                                                  */s/ Joel W. Ruderman*
                                                  Joel W. Ruderman
                                                  Federal Bar No. 479385
                                                  Jennifer L. Kneeland
                                                  Federal Bar No. 490522
                                                  1765 Greensboro Station
                                                  Place, Suite 1000
                                                  McLean, Virginia, 22102
                                                  (703) 749-1080 (telephone)
                                                  E-Mail: jruderman@watttieder.com
                                                  E-Mail: jkneeland@watttieder.com

                                                  Counsel for Plaintiff, National Housing Trust
                                                  Community Development Fund

**CERTIFICATE OF SERVICE**

I HEREBY certify that I caused the foregoing Motion to be served via CM/ECF on April 16, 2026 on the following:

Danya C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
dayna@cooperlegalsolutions.com


Marc Shach, Esquire
1301 York Road, Suite 400
Lutherville, MD 21093
mes@cooncolelaw.com

/s/ Joel W. Ruderman
   Joel W. Ruderman

# EXHIBIT A

**Maggie Lindau**

| | |
|---|---|
| **From:** | Marc Shach <mes@cooncolelaw.com> |
| **Sent:** | Monday, April 13, 2026 4:48 PM |
| **To:** | Joel Ruderman |
| **Subject:** | RE: National Trust v. NEHI |

~>>>Alert: This is an external email, USE CAUTION when opening attachments and links.<<<~

FOR SETTLEMENT PURPOSES

Joel-

My client would prefer to allow things to play out without contacting Chambers.

Marc



**MARC E. SHACH**

Baltimore County
1301 York Road, Suite 400
Lutherville, Md 21093
Fax: 410-825-5941

Harford County
126 S. Washington Street
Havre de Grace, Maryland 21078
Fax: 443-303-0176

Main: 410-244-8800 / Direct Dial: 410-630-4428 / Cell: 443-857-9718
E-Mail: mes@cooncolelaw.com / Web: www.cooncolelaw.com





1

**From:** Joel Ruderman <jruderman@watttieder.com>
**Sent:** Monday, April 13, 2026 1:38 PM
**To:** Marc Shach <mes@cooncolelaw.com>
**Subject:** National Trust v. NEHI

Marc,

I hope you are doing well.  As you know, it has been over two weeks since the matter was transferred to Magistrate Judge Upadhyaya and nothing further has been entered on the docket.  Are you okay with me reaching out to chambers to inquire about the status of the case concerning the initial scheduling conference, and/or deadlines related to the motion for summary judgment?  As an alternative, are you available to join me in calling the court's chambers to ask for a status update?

Thanks for your prompt reply.

**Joel W. Ruderman | Of Counsel**



WATT, TIEDER, HOFFAR  &  FITZGERALD, L.L.P.
**1765 Greensboro Station Place, Suite 1000| McLean, VA  22102**
**p:  703.749.1080   |   e:  jruderman@watttieder.com**

Disclaimer:
The information contained in this communication from jruderman@watttieder.com is confidential and may be legally privileged. It is intended solely for use by mes@cooncolelaw.com and others authorized to receive it. If you are not mes@cooncolelaw.com you are hereby notified that any disclosure, copying, distribution or taking action in reliance of the contents of this information is strictly prohibited and may be unlawful. Please consider the environment before printing this email.

2