**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND | |
| Plaintiff, | Civil Action No.  1:26-CV-76 |
| v. | |
| NORTH EAST HOUSING INITIATIVE, INC., | |
| Defendant. | |

**ORDER GRANTING MOTION FOR COURT TO**
**RESCHEDULE INITIAL SCHEDULING CONFERENCE**

Upon consideration of the Plaintiff's Motion for Court to Reschedule Initial Scheduling

Order, and for good cause, it is hereby:

ORDERED, that the Motion is granted;

ORDERED that an Initial Scheduling Order in this matter is scheduled for _____,

__, 2026, at _____.

SO ORDERED.

Entered this ___ day of _____, 2026          _____
                                                 Moxila A. Upadhyaya
                                                 Magistrate Judge, United States District Court

cc:

Jennifer L. Kneeland, Esquire
Joel W. Ruderman, Esquire
Watt Tieder Hoffar & Fitzgerald, L.L.P.
1765 Greensboro Station
Place, Suite 1000
McLean, Virginia, 22102
jkneeland@watttieder.com
jruderman@watttieder.com

Danya C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
dayna@cooperlegalsolutions.com

Marc Shach, Esquire
1301 York Road, Suite 400
Lutherville, MD 21093
mes@cooncolelaw.com