## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND, | |
| *Plaintiff*, | No. 26-cv-76-MAU |
| v. | |
| NORTH EAST HOUSING INITIATIVE INC, | |
| *Defendant*. | |

## SCHEDULING ORDER

The Parties are hereby **ORDERED** to comply with the following schedule for proceedings

in this case:

| | |
|---|---|
| Commencement of Discovery: | May 5, 2026 |
| Close of Discovery: | June 19, 2026 |
| Plaintiff's Motion for Summary Judgment: | June 26, 2026 |
| Defendant's Cross Motion for Summary Judgment (if any) and Opposition to Plaintiff's Motion for Summary Judgment: | July 10, 2026 |
| Plaintiff's Opposition to Defendant's Cross Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment: | July 24, 2026 |
| Defendant's Reply in Support of its Cross Motion for Summary Judgment (if any): | August 3, 2026 |

It is **FURTHER ORDERED** that discovery must be conducted in accordance with the

Federal Rules of Civil Procedure, including with respect to interrogatories, requests for production

of documents, depositions, and requests for admissions, as the Parties proposed in their Joint Rule

16.3 Statement (ECF No. 13).  It is

1

**FURTHER ORDERED** that no Party may file any motion related to discovery without leave of the Court. If a discovery dispute arises, the Parties must confer over the telephone or videoconference and make a good faith effort to resolve or narrow the areas of disagreement. In what should be an unusual circumstance, if the Parties are unable to resolve the discovery dispute, they must jointly email the Court at Upadhyaya_Chambers@dcd.uscourts.gov with a clear, <u>concise</u> description of the issues in dispute and each Party's position. The Court will respond as soon as practicable to schedule a conference with the Parties or set a schedule for briefing of the discovery dispute. It is

**FURTHER ORDERED** that all submissions related to summary judgment briefing shall conform to the forthcoming Summary Judgment Procedure Order. It is

**FURTHER ORDERED** that the Parties are encouraged to mediate their case with a Magistrate Judge or through the Mediation Program of the Circuit Executive's Office. If at any point the Parties desire to engage in mediation, the Parties should file a joint request captioned "Joint Motion for Mediation," and the Court will make the requested referral.

**SO ORDERED.**

Date: May 6, 2026

MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE
