**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND, <br><br> Plaintiff, <br><br> v. <br><br> NORTH EAST HOUSING INITIATIVE, INC., <br><br> Defendant. | Civil Action No. 1:26-CV-76 |

**NOTICE OF SERVICE OF DISCOVERY**

I hereby certify that on the 19th day of May 2026, Plaintiff National Housing Trust Community Development Fund, by counsel, served a Notice of Deposition of Defendant North East Housing Initiative, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6), via first-class mail, postage prepaid, on:

Dayna C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, Maryland 21204

*Counsel for Defendant North East Housing Initiative, Inc.*

Marc Shach, Esquire
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, MD 21093

*Counsel for Defendant North East Housing Initiative, Inc.*

A courtesy copy of the Notice of Deposition of Defendant North East Housing Initiative, Inc. was also provided to Ms. Cooper at dayna@cooperlegalsolutions.com and Mr. Shach at mes@cooncolelaw.com.

Dated: May 20, 2026

Respectfully submitted,

*/s/ Joel W. Ruderman*
Joel W. Ruderman (Federal Bar No. 479385)
Jennifer L. Kneeland (Federal Bar No. 490522)
1765 Greensboro Station
Place, Suite 1000
McLean, Virginia, 22102
(703) 749-1080 (telephone)
E-Mail: jruderman@watttieder.com
E-Mail: jkneeland@watttieder.com

*Counsel for Plaintiff, National Housing Trust Community Development Fund*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 20, 2026, a copy of the foregoing Notice of Deposition of Defendant North East Housing Initiative, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) was served upon all parties of record via CM/ECF.

*/s/ Joel W. Ruderman*
Joel W. Ruderman