**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTH EAST HOUSING INITIATIVE, INC.,<br><br>    Defendant. | Civil Action No. 1:26-CV-76 |

**NOTICE OF SERVICE OF AMENDED DISCOVERY**

I hereby certify that on the 2nd  day of June 2026, Plaintiff  National Housing Trust Community Development Fund, by counsel, served an Amended Notice of Deposition of Defendant North East Housing Initiative, Inc. Pursuant to Fed. Civ. P. 30(b)(6), via first-class mail, postage prepaid on:

> Dayna C. Cooper, Esquire
> Cooper Legal, LLC
> 1 Olympic Place, Suite 900
> Towson, Maryland 21204
>
> *Counsel for Defendant North East Housing Initiative, Inc.*

Dated: June 5 ,2026                    Respectfully submitted,

> */s/ Joel W. Ruderman*
> Joel W. Ruderman (Federal Bar No. 479385)
> Jennifer L. Kneeland (Federal Bar No. 490522)
> 1765 Greensboro Station
> Place, Suite 1000
> McLean, Virginia, 22102
> (703) 749-1080 (telephone)
> E-Mail: jruderman@watttieder.com
> E-Mail: jkneeland@watttieder.com
>
> *Counsel for Plaintiff, National Housing Trust Community Development Fund*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 5, 2026 , a copy of the foregoing document was served upon all parties of record via CM/ECF.

*/s/ Joel W. Ruderman*
Joel W. Ruderman