## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND

                                   *

    *Plaintiff*

                                 *     **Case No.:** 1:26-cv-00076-MAU

**v.**

                                 *

NORTH EAST HOUSING INITIATIVE, INC.

                                 *

    *Defendant*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## MOTION OF DAYNA C. COOPER, ESQ. TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT

Dayna C. Cooper, Esq. of Cooper Legal LLC, counsel of record for Defendant, North East Housing Initiative, Inc. ("NEHI"), respectfully moves this Court pursuant to Local Civil Rule 83.6(b) for leave to withdraw her appearance as counsel in the above-captioned matter.

## GROUNDS FOR WITHDRAWAL

1. Withdrawal is appropriate under the applicable rules governing attorney conduct. Despite counsel's diligent representation, circumstances have arisen that render continued representation unreasonably difficult at this time

2. Defendant, North East Housing Initiative, Inc. has been served with a copy of this Motion and a notice advising it to obtain substitute counsel, or, if it intends to object to the withdrawal, to notify the Clerk of Court in writing within seven (7) days of service of this Motion, as required by the applicable rules of this Court.

3. Defendant is not currently represented by any other attorney in this matter.

4. Withdrawal will not unduly prejudice Defendant. Summary judgment briefing has not yet commenced, and no trial date has been set in this action. Following withdrawal,

Defendant will have adequate time to make appropriate arrangements for its continued representation in this matter.

5. All matters of record, including pleadings, discovery materials, and litigation files, will be made available to Defendant upon request, consistent with counsel's ethical obligations.

## NOTICE TO CLIENT

Pursuant to the applicable rules, the undersigned has served upon Defendant, North East Housing Initiative, Inc., a copy of this Motion and a notice advising it to:

(a) retain substitute counsel[1,2] licensed to practice before this Court and ensure that new counsel files a Notice of Appearance promptly so as not to disrupt any pending deadlines or proceedings; or

(b) if Defendant intends to object to this withdrawal, notify the Clerk of Court in writing within seven (7) days of service of this Motion.

## CONCLUSION

For the foregoing reasons, undersigned counsel respectfully requests that the Court enter an Order permitting the withdrawal of Dayna C. Cooper, Esq. and Cooper Legal LLC as counsel of record for Defendant North East Housing Initiative, Inc.

---

[1] Defendant has been further advised that the present withdrawal need not preclude future representation if appropriate circumstances arise.

[2] Although the applicable rule contemplates that a party may elect to proceed *pro se* in lieu of retaining substitute counsel, that option is unavailable to a corporate entity. A corporation may not appear *pro se* in federal court and must be represented by licensed counsel at all times. *Rowland v. Cal. Men's Colony,* 506 U.S. 194, 201–02 (1993). Accordingly, Defendant has not been advised of a *pro se* option, as none exists.

Dated: June 24, 2026

Respectfully submitted,
/s/Dayna C. Cooper/
Dayna C. Cooper (Bar No. 1033851)
1 Olympic Pl., Suite 900
Towson, MD 21204
(202) 642-5470 (office)
Dayna@CooperLegalSolutions.com

—

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I served a copy of the foregoing Motion

to Withdraw Appearance electronically upon:

**Defendant (Client):**

North East Housing Initiative, Inc.
5307 Belair Road

Baltimore, Maryland 21206

Attn: Garrick R. Good, Executive Director/CEO

garrick.good@nehihomes.org

**Plaintiff's Counsel:**

Joel Ruderman, Esq.

Jennifer Kneeland, Esq.

Watt, Tieder, Hoffar & Fitzgerald, LLP

Via the Court's CM/ECF Electronic Filing System