## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND

                                 *

       *Plaintiff*

                                 *     **Case No.:** 1:26-cv-00076-MAU

v.

                                 *

NORTH EAST HOUSING INITIATIVE, INC.

                                 *

       *Defendant*

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE

THIS MATTER having come before the Court on the Motion of Dayna C. Cooper, Esq. of Cooper Legal LLC to withdraw her appearance as counsel of record for Defendant North East Housing Initiative, Inc., and the Court having considered the motion and any responses thereto, and good cause appearing:

**IT IS HEREBY ORDERED**

1. The Motion to Withdraw Appearance of Dayna C. Cooper, Esq. and Cooper Legal LLC as counsel for Defendant, North East Housing Initiative, Inc. is **GRANTED**.

2. Defendant, North East Housing Initiative, Inc. shall obtain counsel admitted to practice before this Court within thirty (30) days of the date of this Order, and counsel shall promptly file a Notice of Appearance.

3. Defendant is advised that, as a corporate entity, it may not appear *pro se* in this Court and must be represented by licensed counsel. Failure to obtain counsel may result in the entry of default or such other relief as the Court deems appropriate.

4. All deadlines currently in effect shall remain in place unless otherwise modified by further Order of the Court.

5.  The Clerk shall serve a copy of this Order on Defendant at its last known address: 5307

Belair Road, Baltimore, Maryland 21206.


SO ORDERED.


Dated: _____


                                                _____

The Honorable Moxila A. Upadhyaya
United States Magistrate Judge
United States District Court for the District of Columbia