**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST
COMMUNITY DEVELOPMENT FUND

      Plaintiff,

      v.

NORTH EAST HOUSING INITIATIVE, INC.,

      Defendant.

Civil Action No.  1:26-CV-76

**NATIONAL HOUSING TRUST COMMUNITY
DEVELOPMENT FUND'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff, National Housing Trust Community Development Fund ("Plaintiff"), by undersigned counsel, files this Motion for Summary Judgment (the "Motion") pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h)(1), against North East Housing Initiative ("Defendant").  In support of this Motion, Plaintiff directs the Court to Plaintiff's: (i) Memorandum of Law in Support of its Motion for Summary Judgment, (ii) Statement of Undisputed Material Facts (iii) Appendix of Supporting Exhibits to the Motion for Summary Judgment, filed contemporaneously with the Motion.

[Signature Page Follows]

DATED: June 26, 2026                    Respectfully submitted,


                                        */s/ Joel W. Ruderman*
                                        Joel W. Ruderman
                                        Federal Bar No. 479385
                                        Jennifer L. Kneeland
                                        Federal Bar No. 490522
                                        1765 Greensboro Station
                                        Place, Suite 1000
                                        McLean, Virginia, 22102
                                        (703) 749-1080 (telephone)
                                        E-Mail: jruderman@watttieder.com
                                        E-Mail: jkneeland@watttieder.com

                                        Counsel for Plaintiff, National Housing Trust
                                        Community Development Fund

**CERTIFICATE OF SERVICE**

        I HEREBY certify that on June 26, 2026 I caused the foregoing: (1) Motion for Summary Judgment, (2) Memorandum in Support Thereof, (3) Statement of Undisputed Material Facts, and (4) Appendix of Supporting Exhibits to the Motion for Summary Judgment to be served via CM/ECF, on the following:

Danya C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
dayna@cooperlegalsolutions.com


                                        */s/* Joel W. Ruderman
                                        Joel W. Ruderman