**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST
COMMUNITY DEVELOPMENT FUND

        Plaintiff,

      v.

NORTH EAST HOUSING INITIATIVE, INC.,

        Defendant.

Civil Action No.  1:26-CV-76

**ORDER GRANTING NATIONAL HOUSING TRUST COMMUNITY**
**DEVELOPMENT FUND'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of National Housing Trust Community Development Fund's Motion

for Summary Judgment (the "Motion"), Memorandum in Support Thereof, Statement of

Undisputed Material Facts, Declaration of Alice Hamilton Evert in Support of the Motion for

Summary Judgment, and any opposition thereto, and for good cause, it is hereby:

ORDERED, that the Motion is GRANTED;

ORDERED, that Summary Judgment is entered in favor of Plaintiff, the National

Housing Trust Community Development Fund, and against, Defendant, the North East Housing

Initiative, Inc., in the amount of $631,854.89 (Initial Loan of $570,782.30 plus, Enterprise Loan

of $61,072.59,) plus pre-judgment default interest of $29,743.05[1] (Initial Loan default interest of

$25,051.86 plus Enterprise Loan default interest of $4,691.19), plus attorneys' fees of

$55,449.63 for a total JUDGMENT of **$717,047.57**; and

---

[1] Pre-judgment interest of $29,743.05 is calculated as follows:  (i) for the Initial Loan, Plaintiff is entitled to pre-judgment interest of $25,051.86 based upon the contract rate of interest of 6% per annum from October 2, 2025, to June 26, 2026 ($570,782.30 x 24% for 267/365 days); and (ii) for the Enterprise Loan, Plaintiff is entitled to pre-judgment interest of $4,691.19 based upon the default rate of 10.5% per annum from October 2, 2025, to June 26, 2026 ($61,072.59 x 10.5% for 267/365 days)

ORDERED, that interest shall continue to accrue on this JUDGMENT of $717,047.57, at 6%, the contract rate of interest under the Initial Loan.

SO ORDERED.


Dated: _____, 2026                    _____

Judge Sparkle L. Sooknanan
United States District Court for the District of
Columbia