## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND

                                 *

     *Plaintiff*

                                 *     **Case No.:** 1:26-cv-00076-MAU

v.

                                 *

NORTH EAST HOUSING INITIATIVE, INC.

                                 *

     *Defendant*

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

## PROPOSED ORDER

THIS MATTER having come before the Court on Defendant North East Housing Initiative, Inc.'s Motion to Stay the Deadline to Respond to Plaintiff's Motion for Summary Judgment Pending Resolution of Counsel's Motion to Withdraw, or, in the Alternative, for an Extension of Time, any opposition thereto, and the entire record herein, and good cause appearing, it is hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment is **STAYED** pending resolution of Defendant's Motion to Withdraw Counsel; and it is further

**ORDERED** that, following resolution of the Motion to Withdraw Counsel, Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment shall remain stayed until counsel has entered an appearance on Defendant's behalf; and it is further

**ORDERED** that Defendant shall file its Response to Plaintiff's Motion for Summary Judgment within sixty (60) days after counsel has entered an appearance on Defendant's behalf.

SO ORDERED.

Dated: _____          _____

Hon. Judge Upadhyaya