**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST
COMMUNITY DEVELOPMENT FUND

      Plaintiff,

      v.

NORTH EAST HOUSING INITIATIVE, INC.,

      Defendant.

Civil Action No.  1:26-CV-76

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY**
**THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY**
**JUDGMENT**

Plaintiff National Housing Trust Community Development Fund ("Plaintiff") respectfully opposes Defendant North East Housing Initiative, Inc.'s ("NEHI") Motion to Stay the Deadline to Respond to Plaintiff's Motion for Summary Judgment (ECF No. 27). Plaintiff incorporates by reference the facts and legal arguments set forth in its Opposition to the Motion to Withdraw (ECF No. 28), filed on June 30, 2026.

As detailed in Plaintiff's Opposition to the Motion to Withdraw (ECF No. 28), Defendant has engaged in a pattern of delay throughout this litigation. The Motion to Withdraw was filed just five days after NEHI's corporate designee confirmed under oath that NEHI owes the funds claimed and does not dispute its liability. This is the second withdrawal of counsel in this case.

NEHI is insolvent, with only $37 in its bank accounts, all traditional bank accounts closed, and five banks having denied consolidation loan applications. The likelihood of NEHI retaining substitute counsel is remote. A stay would therefore result in an indefinite delay of Plaintiff's ripe Motion for Summary Judgment.

Discovery is closed, liability is not in genuine dispute, and Plaintiff's Motion for Summary Judgment is pending. The Court and Plaintiff have an interest in the prompt resolution of this straightforward breach of contract action.

## CONCLUSION

For the foregoing reasons, and for the reasons stated in Plaintiff's Opposition to the Motion to Withdraw (ECF No. 28), Plaintiff respectfully requests that the Court deny Defendant's Motion to Stay.

Dated: July 6, 2026

Respectfully submitted,
/s/ Joel W. Ruderman
Joel W. Ruderman (Federal Bar No. 479385)
Jennifer L. Kneeland (Federal Bar No. 490522)
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 1000
McLean, Virginia 22102
(703) 749-1080
jruderman@watttieder.com
jkneeland@watttieder.com

*Counsel for Plaintiff National Housing Trust Community Development Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record, including:

Dayna C. Cooper, Esquire
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, MD 21204
dayna@cooperlegalsolutions.com

/s/ Joel W. Ruderman
Joel W. Ruderman