**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND
                                             *

     **Plaintiffs**

                                            *     **Case No.: 1:26-CV-00076-MAU**

**v.**

                                            *

**NORTH EAST HOUSING INITIATIVE, INC.**

                                            *

     **Defendant**

                                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION OF MARC E. SHACH, ESQ. TO CONTINUE HEARING
PRESENTLY SCHEDULED FOR JULY 8, 2026 AT 2:00 P.M.**

Marc E. Shach, Esquire, respectfully moves this Court for a continuance of the hearing presently set by "MINUTE ORDER" entered July 2, 2026 and scheduled for Wednesday, July 8, 2026 at 2:00 p.m.

The grounds for the continuance is that counsel has a hearing previously scheduled in the United States Bankruptcy Court for the District of Maryland in the adversary proceeding entitled <u>Zvi Guttman, Chapter 7 Trustee, Plaintiff v. EBF Holdings, LLC d/b/a Everest Business Funding, Defendant.</u> A hearing on the Motions for Summary Judgment filed by both parties is set for Wednesday, July 8, 2026 at 11:00 a.m. After further consideration this hearing may last all day. A copy of the Court's Notice dated June 3, 2026 is attached hereto.

Pursuant to LCvR(m), counsel has conferred with Plaintiff's counsel, who has agreed to the continuation of the July 8, 2026 hearing

For the foregoing reasons, undersigned counsel respectfully requests that the Court continue this matter to a later date.

1

Dated: July 6, 2026                    Respectfully submitted,


                                        /s/  Marc E. Shach
                                       Marc E. Shach, Esq. (*Pro hac vice*)
                                       Coon & Cole, LLC
                                       1301 York Road, Suite 400
                                       Lutherville, Maryland 21093
                                       Direct: 410-630-4428
                                       Firm: 410-244-8800
                                       Fax: 410-825-5941
                                       mes@cooncolelaw.com
                                       *Attorney for Defendant North East Housing Initiative, Inc.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 6th day of July, 2026, a copy of the foregoing **Motion of Marc E. Shach, Esq. to Continue Hearing Presently Scheduled for July 8, 2026 at 2:00 p.m.** was served, electronically upon:

**Defendant (Client):**
North East Housing Initiative, Inc. 5307 Belair Road
Baltimore, Maryland 21206
Attn: Garrick R. Good, Executive Director/CEO
garrick.good@nehihomes.org

**Plaintiff's Counsel:**
Joel Ruderman, Esq.
Jennifer Kneeland, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
Via the Court's CM/ECF Electronic Filing System

**Defendant's Counsel:**
Dayna Cooper
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, Maryland 21204
Via the Court's CM/ECF Electronic Filing System

/s/  Marc E. Shach
Marc E. Shach