**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND

                                          *

      **Plaintiffs**

                                          *      **Case No.: 1:26-CV-76**

**v.**

                                          *

NORTH EAST HOUSING INITIATIVE, INC.

                                          *

      **Defendant**

*    *    *    *    *    *    *    *    *    *    *    *    *

### [PROPOSED] ORDER GRANTING MOTION TO CONTINUE HEARING

THIS MATTER having come before the Court on the Motion of Marc E. Shach , Esq. of Coon & Cole, LLC to continue the hearing presently scheduled for Wednesday, July 8, 2026 at 2:00 p.m., and the Court having considered the motion and any responses thereto, and good cause appearing:

**IT IS HEREBY ORDERED t**hat the hearing presently set for Wednesday, July 8, 2026 at 2:00 p.m. is hereby continued to a later date to be set by this Court.

SO ORDERED.

Dated: _____

                                       _____

                                       The Honorable Moxila A. Upadhyaya
                                       United States Magistrate Judge
                                       United States District Court for the District of Columbia