# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **21−17305 − NVA**    Chapter: **7**    Adversary No.: **23−00188**

**Global Energy Services, LLC**
Debtor

**Zvi Guttman**
Plaintiff

vs.

**EBF Holdings, LLC**
Defendant

## NOTICE

In person hearing Courtroom 2−A Baltimore, Judge Alquist.

PLEASE TAKE NOTICE that a hearing will be held

on 7/8/26 at 11:00 AM

to consider and act upon the following:

65 − Motion For Summary Judgment Filed by EBF Holdings, LLC. (Attachments: # 1 Proposed Order) (Hare, Owen)

66 − Memorandum of Law in Support of the Motion for Summary Judgment Filed by Owen Glen Hare (related document(s)65 Motion for Summary Judgment filed by Defendant EBF Holdings, LLC). (Attachments: # 1 Affidavit EBF's Declaration of Michael Reppas in Support of the Motion for Summary Judgment # 2 Exhibit Exhibit 1 − Funding Agreement # 3 Exhibit Exhibit 2 − Financing Statement # 4 Exhibit Exhibit 3 − Stipulated Appendix A Remittance History # 5 Exhibit Exhibit 4 − Stipulated Appendix B Remittances within 90−days of Petition Date) (Hare, Owen)

67 − Motion For Summary Judgment Filed by Zvi Guttman. (Attachments: # 1 Proposed Order) (Greenblatt, Gary)

68 − Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment Filed by Gary R. Greenblatt (related document(s)67 Motion for Summary Judgment filed by Plaintiff Zvi Guttman). (Attachments: # 1 Exhibit Revenue Based Financing Agreement # 2 Exhibit Affidavit of Anthony Beritela # 3 Exhibit Beritela Affidavit Ex A # 4 Exhibit Beritela Affidavit Ex B # 5 Exhibit Beritela Affidavit Ex C # 6 Exhibit Beritela Affidavit Ex D # 7 Exhibit Affidavit of Alison J. Ford # 8 Exhibit Exhibit A to Ford Affidavit # 9 Exhibit Exhibit B to Ford Affidavit) (Greenblatt, Gary)

69 − Opposition Response on behalf of EBF Holdings, LLC Filed by Owen Glen Hare (related document(s)67 Motion for Summary Judgment filed by Plaintiff Zvi Guttman). (Attachments: # 1 Proposed Order) (Hare, Owen)

70 − Opposition on behalf of Zvi Guttman Filed by Gary R. Greenblatt (related document(s)65 Motion for Summary Judgment filed by Defendant EBF Holdings, LLC, 66 Memorandum of Law filed by Defendant EBF Holdings, LLC). (Attachments: # 1 Proposed Order) (Greenblatt, Gary)

71 − Response on behalf of Zvi Guttman Filed by Gary R. Greenblatt (related document(s)67 Motion for Summary

Judgment filed by Plaintiff Zvi Guttman). (Attachments: # 1 Proposed Order) (Greenblatt, Gary)


72 − Response on behalf of EBF Holdings, LLC Filed by Owen Glen Hare (related document(s)70 Opposition filed by Plaintiff Zvi Guttman). (Hare, Owen)

---

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

---

Dated: 6/3/26

Mark A. Neal, Clerk of Court
by Deputy Clerk, Daniel Walston
301−344−3496

Form ntchrgmdb (rev. 08/13/2024)