<u>**IN THE UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE DISTRICT OF COLUMBIA**</u>

| | |
|---|---|
| **NATIONAL HOUSING TRUST** ) **COMMUNITY DEVELOPMENT FUND** ) | |
| ) | |
| Plaintiff. ) | |
| ) | Civil Action No: 1:26-CV-00076-MAU |
| vs. ) | |
| ) | |
| **NORTH EAST HOUSING INITIATIVE INC,** ) | |
| ) | |
| Defendant. ) | |

<u>**DEFENDANT'S REPLY IN SUPPORT OF MOTION OF DAYNA C. COOPER, ESQ. TO WITHDRAW APPEARANCE AS COUNSEL FOR DEFENDANT NORTH EAST HOUSING INITIATIVE, INC.**</u>

Dayna C. Cooper, Esquire, respectfully submits this Reply in support of her Motion to Withdraw Appearance as Counsel for Defendant North East Housing Initiative, Inc. ("NEHI" or "Defendant") (the "Withdrawal Motion"), and in response to Plaintiff National Housing Trust Community Development Fund's ("Plaintiff" or "NHT") Opposition thereto.

<u>**ARGUMENT**</u>

**I.    The Procedural Posture Has Changed Since Defendant Filed the Motion to Stay.**

Undersigned counsel filed the Withdrawal Motion on June 24, 2026, before Plaintiff filed its Motion for Summary Judgment on June 26, 2026, and well in advance of Defendant's deadline to respond. Accordingly, there is no basis to suggest that the Withdrawal Motion was filed to delay these proceedings or to avoid responding to Plaintiff's dispositive motion.

It may also be that the presence of Mr. Shach's appearance on the docket contributed to the current procedural posture. Although his appearance has not yet been formally withdrawn,

Mr. Shach's representation of NEHI terminated on or about May 11, 2026, and his continued appearance on the docket was an inadvertent oversight. Indeed, Plaintiff's Opposition likewise refers to Mr. Shach as having withdrawn, suggesting that all parties understood he was no longer serving as counsel for Defendant. If the continued appearance of prior counsel affected the Court's consideration of Defendant's prior request for an extension, undersigned respectfully submits that the record should now be clarified. Regardless, the undisputed fact remains that undersigned is the only attorney currently representing Defendant and has a pending Motion to Withdraw based upon circumstances rendering continued representation unreasonably difficult.

The procedural issue is now compounded. Since Plaintiff filed its Opposition, a motion has been filed to continue the July 8, 2026 hearing due to an unavoidable, previously scheduled conflict in the United States Bankruptcy Court for the District of Maryland. (ECF No. 31.) If that continuance is granted, the hearing on the Withdrawal Motion will necessarily occur after Defendant's current deadline to respond to Plaintiff's Motion for Summary Judgment.

Absent an extension, undersigned counsel, who has advised the Court that continued representation has become unreasonably difficult and has a pending Motion to Withdraw, will nevertheless be required to prepare and file Defendant's opposition to Plaintiff's dispositive motion before the Court has determined whether continued representation should be required under Local Civil Rule 83.6. Requiring counsel to continue litigating the merits of the case while the Motion to Withdraw remains pending would undermine the purpose of the Withdrawal Motion itself.

Accordingly, undersigned counsel respectfully requests that, if the hearing on the Withdrawal Motion is postponed, Defendant's deadline to respond to Plaintiff's Motion for

Summary Judgment likewise be extended until a reasonable time after the Court has ruled on the Withdrawal Motion.

## CONCLUSION

For the foregoing reasons, and for the reasons stated in the Withdrawal Motion, Defendant respectfully requests that the Court grant the Withdrawal Motion and, in light of the pending motion to continue the July 8, 2026 hearing, extend Defendant's deadline to respond to Plaintiff's Motion for Summary Judgment until a reasonable time after the Court has ruled on the Withdrawal Motion, or grant such other and further relief as the Court deems just and proper.

Dated: July 6, 2026                                         Respectfully submitted,

/s/ Dayna C. Cooper
Dayna C. Cooper, Esq.
(Bar No. 1033851)
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, Maryland 21204
dayna@cooperlegalsolutions.com
*Counsel for Defendant, North East Housing Initiative, Inc*.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2026, a copy of the foregoing Reply was served electronically upon all counsel of record via the Court's CM/ECF Electronic Filing System.

*/s/ Dayna C. Cooper*
Dayna C. Cooper