**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND

                                           *

       **Plaintiffs**

                                         *      **Case No.: 1:26-CV-00076-MAU**

**v.**

                                         *

NORTH EAST HOUSING INITIATIVE, INC.

                                         *

       **Defendant**

*    *    *    *    *    *    *    *    *    *    *    *

**MOTION OF MARC E. SHACH, ESQ. TO WITHDRAW
<u>APPEARANCE AS COUNSEL FOR DEFENDANT</u>**

Marc E. Shach, Esq. of Coon & Cole, LLC, counsel of record for Defendant, North East Housing Initiative, Inc. ("NEHI"), respectfully moves this Court pursuant to LCvR 83.6(b) for leave to withdraw his appearance as counsel in the above-captioned matter.

**<u>GROUNDS FOR WITHDRAWAL</u>**

1. Withdrawal is appropriate under the applicable rules governing attorney conduct. Despite counsel's diligent representation, circumstances have arisen that render continued representation impossible.

2. Defendant, North East Housing Initiative, Inc. has been served with a copy of this Motion and a notice advising it to obtain substitute counsel, or, if it intends to object to the withdrawal, to notify the Clerk of Court in writing within seven (7) days of service of this Motion, as required by the applicable rules of this Court.

3. Defendant is currently represented by any other attorney in this matter.  However said attorney has also moved to withdraw her appearance (ECF 25).

1

4. Withdrawal will not unjustly prejudice Defendant. No trial date has been set in this action. Following withdrawal, Defendant will have adequate time to make appropriate arrangements for its continued representation in this matter.

5. All matters of record, including pleadings, discovery materials, and litigation files, will be made available to Defendant upon request, consistent with counsel's ethical obligations.

## NOTICE TO CLIENT

Pursuant to the applicable rules, the undersigned has served upon Defendant, North East Housing Initiative, Inc., a copy of this Motion and a notice advising it to:

(a) retain substitute counsel[1], licensed to practice before this Court and ensure that new counsel files a Notice of Appearance promptly so as not to disrupt any pending deadlines or proceedings; or

(b) if Defendant intends to object to this withdrawal, notify the Clerk of Court in writing within seven (7) days of service of this Motion.

## CONCLUSION

For the foregoing reasons, undersigned counsel respectfully requests that the Court enter an Order permitting the withdrawal of Marc E. Shach, Esq. and Coon & Cole, LLC as counsel of record for Defendant North East Housing Initiative, Inc.

---

[1] Although the applicable rule contemplates that a party may elect to proceed *pro se* in lieu of retaining substitute counsel, that option is unavailable to a corporate entity. A corporation may not appear *pro se* in federal court and must be represented by licensed counsel at all times. *Rowland v/ Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993). Accordingly, Defendant has not been advised of a *pro se* option, as none exists.

2

Dated: July 7, 2026                    Respectfully submitted,


                                        /s/  Marc E. Shach
                                       Marc E. Shach, Esq. (*Pro hac vice*)
                                       Coon & Cole, LLC
                                       1301 York Road, Suite 400
                                       Lutherville, Maryland 21093
                                       Direct: 410-630-4428
                                       Firm: 410-244-8800
                                       Fax: 410-825-5941
                                       mes@cooncolelaw.com
                                       *Attorney for Defendant North East Housing Initiative, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2026, a copy of the foregoing **Motion of Marc E. Shach, Esq. to Withdraw Appearance as Counsel for Defendant** was served, electronically upon:

**Defendant (Client):**
North East Housing Initiative, Inc. 5307 Belair Road
Baltimore, Maryland 21206
Attn: Garrick R. Good, Executive Director/CEO
garrick.good@nehihomes.org

**Plaintiff's Counsel:**
Joel Ruderman, Esq.
Jennifer Kneeland, Esq.
Watt, Tieder, Hoffar & Fitzgerald, LLP
Via the Court's CM/ECF Electronic Filing System

**Defendant's Counsel:**
Dayna Cooper
Cooper Legal, LLC
1 Olympic Place, Suite 900
Towson, Maryland 21204
Via the Court's CM/ECF Electronic Filing System

 /s/  Marc E. Shach
Marc E. Shach

4