**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND

                                           *

        *Plaintiff*

                                       *     **Case No.:** 1:26-cv-00076-MAU

**v.**

                                           *

NORTH EAST HOUSING INITIATIVE, INC.

                                         *

        *Defendant*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANT'S LIMITED RESPONSE TO MOTION TO WITHDRAW REGARDING**
**PROTECTION OF PRIVILEGED COMMUNICATIONS**

Defendant North East Housing Initiative, Inc. ("NEHI"), by and through undersigned counsel, respectfully submits this Limited Response concerning the protection of attorney-client privileged and confidential information in connection with the pending Motion to Withdraw.

Defendant does not oppose co-counsel's request to withdraw and takes no position in this filing regarding whether the Motion to Withdraw should be granted. Rather, Defendant submits this Limited Response solely to preserve the confidentiality protections afforded by the attorney-client privilege and Rule 1.6 of the District of Columbia Rules of Professional Conduct.

The same principles governing the undersigned's Motion to Withdraw apply equally to co-counsel's Motion to Withdraw. To the extent the Court determines that additional information is necessary to evaluate the basis for co-counsel's withdrawal, the inquiry should be conducted *in camera* or under seal rather than on the public record. As recognized by courts in this District, where the grounds for withdrawal implicate confidential attorney-client communications, *in camera* review appropriately balances the Court's need for information with counsel's continuing obligations under Rule 1.6. *See Continental Transfert Technique Ltd. v. Federal Government of*

*Nigeria*, 234 F. Supp. 3d 206 (D.D.C. 2017); *Sabre Int'l Security v. Torres Advanced Enterprise Solutions, LLC*, 219 F. Supp. 3d 155 (D.D.C. 2016).

Accordingly, Defendant respectfully requests that, if the Court determines that any further explanation beyond the pending filings is necessary to resolve the Motion to Withdraw, the Court conduct any such inquiry *in camera* or under seal and limit any disclosure to that reasonably necessary for disposition of the motion.

Defendant does not suggest that present or former counsel intends to violate any ethical obligation. Rather, this request is made solely to ensure that privileged and confidential communications are protected while permitting the Court to obtain whatever information it concludes is necessary to rule on the Motion.

WHEREFORE, Defendant respectfully requests that the Court preserve the confidentiality of privileged communications by conducting any further inquiry regarding the basis for withdrawal in camera or under seal, together with such other relief as the Court deems just and proper.

Dated: July 7, 2026

Respectfully submitted,
/s/Dayna C. Cooper/
Dayna C. Cooper (Bar No. 1033851)
1 Olympic Pl., Suite 900
Towson, MD 21204
(202) 642-5470 (office)
Dayna@CooperLegalSolutions.com
*Counsel for Defendant,*
*North East Housing Initiative, Inc*.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing DEFENDANT'S LIMITED RESPONSE TO MOTION TO WITHDRAW REGARDING PROTECTION OF PRIVILEGED COMMUNICATIONS has been served via ECF to the following counsel of record this 7th day of July, 2026.

Joel W. Ruderman
Jennifer L. Kneeland
*WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.*
jruderman@watttieder.com
jkneeland@watttieder.com

/s/Dayna C. Cooper/
Dayna C. Cooper