## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND
                                  *

       *Plaintiff*

                                    *      **Case No.:** 1:26-cv-00076-MAU

v.

                                    *

NORTH EAST HOUSING INITIATIVE, INC.
                                  *

       *Defendant*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Leave to Permit Limited Appearance of Counsel, and the entire record herein, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Dayna C. Cooper, is permitted to enter a limited appearance on behalf of Defendant North East Housing Initiative, Inc. for the purpose of filing Defendant's Opposition to Plaintiff's Motion for Summary Judgment; and it is further

**ORDERED** that Defendant shall file its Opposition to Plaintiff's Motion for Summary Judgment, together with any supporting response to Plaintiff's Statement of Undisputed Material Facts and supporting exhibits, on or before August 10, 2026.

**SO ORDERED**.

Dated: _____       _____

                                                           Hon. Judge Moxila A. Upadhyaya
                                                           UNITED STATES MAGISTRATE JUDGE