## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND *Plaintiff*, | * * * * | |
| v. | * * | Case No.: 1:26-cv-00076-MAU |
| NORTH EAST HOUSING INITIATIVE, INC. * *Defendant*. | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## APPENDIX OF NEW SUPPORTING EXHIBITS TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Defendant, North East Housing Initiative, Inc. ("NEHI") files this Appendix of New Supporting Exhibits to its Opposition to Plaintiff's Motion for Summary Judgment, pursuant to the Court's Summary Judgment Procedures Order (ECF No. 20, ¶ 8). This Appendix includes only those exhibits not already part of the record via the Complaint (ECF No. 1 and attached exhibits) or Plaintiff's Appendix of Supporting Exhibits to its Motion for Summary Judgment (ECF No. 26-2). Exhibits already in the record are cited directly to their existing docket entries throughout NEHI's Opposition and are not reattached here.

| Exhibit No. | Document | Purpose |
|---|---|---|
| A | Plaintiff's Responses to Defendant's Requests for Admission (Nos. 8, 9, 10, 12, and 16) | Admissions that Plaintiff never enforced or gave notice of the Collateral Assignment (RFA 8-9); admissions regarding the November 2024 returned check and Seventh Modification (RFA 10, 12); admission that Plaintiff's underwriting considered the risk of DHCD funding delay at origination (RFA 16). |
| B | December 2023 Loan Restructure Memorandum | Internal memorandum, authored by Ben Zimmitti and Shellon Fraser, confirming the Collateral Assignment was obtained to provide NHT "legal rights to the funding source" and identifying "City delays in funding" as a known risk. |
| C | November 6, 2023 Memorandum — NEHI Line | Internal memorandum authored by Ben Zimmitti as "Loan Fund Administrator," evidencing his continuous administration of |

| | | |
|---|---|---|
| | of Credit, Loan 188, 60-Day Maturity Date Extension | the Initial Loan. |
| D | April 25, 2025 Term Extension Memorandum | Internal memorandum authored by Ben Zimmitti as "Sr Asset Manager," describing the lending relationship as one of continued patience and close contact. |
| E | March 20, 2025 Enterprise Loan Extension Memorandum | Internal memorandum authored by Ben Zimmitti recommending extension to allow NEHI to pursue debt consolidation financing with National Capital Bank. |
| F | Enterprise Loan Second Modification Decision Memorandum | Internal memorandum stating NHT is "comfortable remaining more patient with this loan" given its funding source. |
| G | April 22, 2025 Email Chain (M. Lieu / B. Zimmitti) | Contemporaneous internal NHT correspondence documenting the second returned payment (April 2025) and NHT's continued accommodation thereafter. |
| H | Representation Letter of Leslie M. Sammis, Esq. (February 20, 2026) | Letter from NEHI's federal forfeiture counsel confirming NEHI is not the subject of any criminal prosecution and is an innocent owner of the frozen digital asset at issue, submitted in support of NEHI's alternative excuse defense. |
| I | Declaration of Garrick Good | Declaration addressing NEHI's reliance on NHT's course of dealing, the effect of the October 2025 default notices, and DHCD's mid-contract change to its grant certification process. |
| J | Correspondence of Commissioner Alice Kennedy, DHCD (Feb. 9-10, 2026) | Contemporaneous City correspondence confirming the AHTF grant funding pause was directly triggered by a federal law enforcement investigation involving NEHI, supporting NEHI's alternative excuse defense in Section V. |
| K | May 6-7, 2025 Email Chain (M. Kaufman / B. Zimmitti, re: extension papering) | Contemporaneous NIIF/NHT correspondence confirming NHT was still treating the loan relationship as an unresolved extension to be papered, not a completed default to be enforced, five months before the October 2025 default notices. |
| L | January 25, 2024 Memorandum | Internal memorandum authored by Ben Zimmitti as "Loan Fund Administrator," |

|   |   | further evidencing his continuous administration of the Initial Loan. |
|---|---|---|
| M | September 2025 Email Chain (NHT/NIIF internal correspondence) | Contemporaneous internal communications reflecting NHT's own uncertainty about loan recovery weeks before declaring default. |