# EXHIBIT B





# LOAN REQUEST MEMO – LOAN RESTRUCTURE
## North East Housing Initiative - $705,000 Line of Credit

**Date: December 2023**
Submitted by: Ben Zimmitti, Loan Fund Administrator and Shellon Fraser, Senior Director of Lending

## I.   Loan Summary

NHTCDF originated a $750,000 revolving line of credit to North East Housing Initiative ("NEHI") in March 2022. The funds were intended to bridge already committed grant funding from Baltimore City. It allowed NEHI to acquire, renovate, and sell single-family homes at affordable levels to qualified homebuyers under the community land trust model.

 In late 2022, NEHI fell out of compliance with the city of Baltimore and lost access to the grant funds. The organization has since worked with the city and is back in compliance. This temporary loss of funding caused an acute cash-flow shortage, which resulted in two missed interest payments, and required NHTCDF to issue a $60,000 enterprise-level loan to help NEHI maintain operations.

Now in compliance and with operations back on track, NEHI has submitted invoices to the City for the full $750k. However, the City has not yet disbursed funds, and has not provided an estimate to NEHI for when funds may be received. NEHI is hoping full repayment occurs by end of February 2024.

Facing further delays, NHTCDF is seeking to restructure the loan to convert from a revolver to a term loan, prohibiting any further draws, requiring full repayment of principal at maturity, and adding a pledge on the AHTF grants to provide NHTCDF legal rights to the funding source. The loan currently matures January 2024 and is being extended to July 2024. The loan is being downgraded to a 5 to reflect the delay in repayment, borrower's financial position and the unsecured nature of the loan.

## II.   Loan Terms

| | |
|---|---|
| **Borrower:** | North East Housing Initiative ("NEHI") |
| **Guarantor(s):** | None. |
| **Project Name:** | Line of Credit |
| **Project Address:** | Various |
| **Loan Amount and Type:** | A $705,000 revolving line of credit. |
| **Participant(s):** | The Neighborhood Impact Investment Fund ("NIIF") holds a 52.13% participation interest in the loan. |
| **Loan Use:** | To bridge acquisition funding and renovation costs. |
| **Loan Term [Repayment Date]/** | **Loan will mature July 5, 2024** |

| | |
|---|---|
| **Payments:** | Monthly interest-only cash payments beginning 1st day of the 1st month after close of restructure. |
| **Origination Date:** (if applicable) | March 7, 2022 |
| **Current Maturity:** (if applicable) | January 5, 2024 |
| **Balance Outstanding (CDF/Total):** | $337,500.00 (NHTCDF)<br> $703,828.32 (total loan o/s) |
| **Takeout:** | Affordable Housing Trust Fund grants or sale of properties |
| **Interest Rate/ Form of Payment:** | Blended Rate: 5.00%<br>NHTCDF Rate: 5.50% |
| **Origination/ Modification Fee:** | 1.00% of outstanding loan balance |
| **Security:** | Unsecured. |
| **Recourse:** | Full recourse to borrower. |
| **Conditions to close/fund:** | Cash payment of interest due 1/1/2024 |
| **Loan Product/ Initiative:** | *none* |
| **Internal Fund Source:** | General Pool |

## III.  Request and Recommendation

| | |
|---|---|
| **Request:** | **Approval of the following modifications to NHTCDF's $705k line of credit to NEHI:**<br>**a.  6-month extension of loan's maturity date from 1/5/2024 to 7/5/2024.**<br>**b.  Restructure from a revolving line of credit to a term loan.**<br>**c.  Addition of a pledge on Affordable Housing Trust Fund grant funds, as detailed below.**<br>**d.  Risk rating downgrade from 4N to 5.** |
| **Strengths and Risks Summary:** | <u>Strengths</u><br>• Committed source of repayment.<br>• Reputable organization in city.<br><u>Risks</u><br>• Weak financial position of borrower.<br>• Borrower history.<br>• City delays in funding. |
| **Risk Rating/ Loan Loss Reserve %:** | Current: 4N<br><br>**Proposed: 5** |
| **Current Exposure to Borrower/ Sponsor:** | NHTCDF has a $60,000 enterprise-level loan outstanding to NEHI |
| **Exceptions to Policy:** | none |

NHT000103

**Recommendation:    NHTCDF staff recommends approval of the terms listed below.**

## IV.   Project Information

| | |
|---|---|
| **Name:** | NEHI Community Land Trust Development. |
| **Address/ Location:** | Multiple sites in Baltimore, MD (4x4 Community). |
| **Project Overview & Scope of Work:** | NEHI's goal is to transform vacant, abandoned, and foreclosed properties into permanently affordable homes for people with an AMI of 80% and below (the AHTF grant restricts income-levels further, to at or below 50% AMI). In January 2020, NEHI announced plans to build 200 CLT homes by 2025. |
| **Background since Funding:** | *NHTCDF approved the initial $675,000.00 line of credit in March 2022 to NEHI to support their efforts to acquire and rehabilitate for sale single family homes in northeast Baltimore, MD. The expectation was for the line of credit to be repaid via funds from already-committed grant funds from the City of Baltimore, via its Affordable Housing Trust Fund (AHTF) program. The AHTF grant funds were to be made available on a reimbursement basis.*<br><br>*NEHI missed their December 2022 interest payment, which led to the discovery in Q1 2023 that NEHI was deemed out of compliance with the AHTF grant, after a change in city administration reneged on an exception granted to NEHI for a home sale. A city audit under the new administration determined that NEHI had made a home sale to a low-income buyer, whose FHA loan did not accept the terms of the CLT ground lease required by NEHI under the terms of the grant program. After initially receiving approval from the city for the exception, NEHI was informed after the change in administration, that the new administration would not honor that exception, and as such, NEHI was placed out of compliance with the grant agreement, and reimbursement payments were halted.*<br><br>*The halt in grant payments presented a significant cash-flow issue for NEHI, which had to cover all expenses themselves. By March 2023, NEHI could not make pay roll. At this time, NHTCDF and NIIF agreed to have NIIF increase their participation in the line of credit slightly above 50%, to cover the past due interest payments. Separately, NHTCDF made available $60,000 in an enterprise-level loan to NEHI to ensure the organization was able to meet operating expenses while their staff worked to get back in compliance with the AHTF grant program.*<br><br>*NEHI eventually worked out a house-swap under the grant agreement, and the City agreed to reinstate NEHI as in compliance with the AHTF grant program. Given NEHI is the only CLT utilizing Baltimore's CLT AHTF funding, they are needed by the city to make the program a success. NEHI was advised it could take until June 2023 for the city to begin making payments under the grant.* |
| **Current Situation:** | Staff continue to remain in close contact with borrower. To date, the City has disbursed $187,521.10 of the $750,000 AHTF grant. This initial disbursement was held by the City to cure the default NEHI was in following the errant home sale. NEHI has submitted invoices for reimbursement for the remaining $562,472.90. This reimbursement is "Under Review" by the City, and no date for disbursement of funds has been offered to the borrower. |

The borrower made Q3 interest payments for interest accrued though 10/1/2023 on both this line of credit, as well as the separate enterprise loan outstanding with NHT. As both loans have interest due quarterly, the borrower is in good standing on payments. Reporting is also up to date as of drafting.

| Source(s) of Repayment: | Type | Amount | Provider (Agency, Investor, etc.) | Level of Commitment |
|---|---|---|---|---|
| | Affordable Housing Trust Fund (grant) | $750,000 | Baltimore Department of Housing and Community Development | Committed |

## V.    Borrower/Developer Information

| | |
|---|---|
| **Name (Sponsor):** | North East Housing Initiative ("NEHI") |
| **Contact:** | Garrick Good |
| **Address:** | P.O. Box 11762<br>5307 Belair Road Baltimore, MD 21206 |
| **Phone:** | 301-795-5319 |
| **Email:** | Garrick.good@nehihomes.org |
| **Signatory/Title:** | Garrick Good, Executive Director |
| **Organization Overview:** | North East Housing Initiative, Inc., "NEHI", is a non-profit 501(c)(3) community land trust formed in 2014 dedicated to providing permanently affordable shared equity housing in northeast Baltimore. It is an outgrowth of St. Anthony's Community Advocacy committee that expanded into a religiously, racially, and economically diverse group of North East Baltimore residents.<br><br>NEHI's goal is to transform vacant, abandoned, and foreclosed properties into permanently affordable homes for people with an AMI of 80% and below, while providing training and employment opportunities, leadership development, increasing economic self-sufficiency, lifting people out of poverty, thus building a community that is sustainable, inclusive and diverse. NEHI's first project has been renovating as many of the 150+ abandoned two story brick homes as possible in the 600 home Four-by-Four community in North East Baltimore. January 2020 NEHI announced plans to build 200 community land trust homes by 2025.<br><br>In 2014, NEHI started in a 100 sq. ft. office located in the basement of St. Anthony's Catholic Church. As the organization grew and services increased, NEHI now maintains a new 3,300 square foot facility located on two floors in the headquarter office at 5307 Belair Road in Baltimore, Maryland. The new facility has meeting facilities, training rooms to accommodate family counseling in addition to state of the art cloud-based telephone and technology platform for hosting virtual meetings and conferences to individual families or large groups around Baltimore and beyond.<br><br>NEHI's seven key work process areas are Acquisition, Development, Home Sales, Housing Counseling, Stewardship, Consulting, and Housing Repair. |
| **Development Team:** | NEHI addresses workforce capability and capacity using its Workforce Performance Management System, to understand service and management requirements. NEHI |

NHT000105

prides itself on a very lean team with significant depth drawing on the knowledge, talents and skills of its many volunteers and community leaders.

**Garrick R. Good, Executive Director**
NEHI is led by Garrick R. Good, JD, MBA, CFRE. Mr. Good is a seasoned nonprofit executive who has worked for other low-income housing developers as The Community Preservation Development Corporation (CPDC) of Washington DC and Cardinal Real Estate of Washington, DC. Mr. Good has led fundraising efforts for United Way's and numerous nonprofits across the nation. Mr. Good brings to NEHI the capacity to (1) successfully manage their volunteer base, (2) lead their fundraising efforts, and (3) lead their development efforts while managing the day-to-day operations of NEHI.

## VI.  Financial Analysis

| Financial Condition of Borrower: | **Borrower** |
|---|---|
| | NEHI provided 12.31.21 and 12.31.22 financials along with 6/30/23 interims. NEHI met current asset and net asset ratio at FYE 2022 but did not meet working capital ratio. The organization's 6/30/23 financials reflected poorer financial condition. This is due mainly to outstanding grant funds from the city. Financial condition is expected to improve on year-end financials as grants are received from the city and foundations. It should be noted that the organization is currently fully dependent on grants for its sustainability. NHTCDF intends to continue conversations with NEHI about its long-term financial viability and will suggest they work with Grounded Solutions Network on a plan of action. |

| *Financial Summary* | 12/31/2021 | 12/31/2022 | 6/30/2023 |
|---|---|---|---|
| | Co. Prep'd | Co. Prep'd | Co. Prep'd |
| Unrestricted Cash | $ 366,629 | $ 123,456 | $ 192,077 |
| Current Assets | $ 1,836,772 | $ 1,926,071 | $ 1,604,607 |
| Total Assets | $ 3,650,075 | $ 3,752,184 | $ 2,010,167 |
| Current Liabilities | 1,128,580 | 1,716,233 | $ 2,518,240 |
| Total Liabilities | $ 1,128,580 | $ 1,716,233 | $ 2,518,290 |
| Unrestricted Net Assets | 115,082 | 117,324 | $ (508,123) |
| Total Net Assets | $ 2,521,495 | $ 2,035,951 | $ (508,123) |
| Working Capital | $ 708,192 | $ 209,838 | $ (913,633) |
| Current Asset Ratio | 1.63 | 1.12 | 0.64 |
| Net Asset Ratio | 0.69 | 0.54 | (0.25) |

*Balance Sheet*

The organization's entire balance sheet strength is dependent on grants receivable from various city and state sources. It had $1.4 million in grants/contracts receivable at 6/30/23 and 12/31/22.

Liabilities: NEHI had $2.5 million in current liabilities at 6/30/23.

*Income Statement*

NHT000106

NEHI is heavily dependent on grant funding with $3.8 million in grants and $4.7 million in total revenue in FY22. Its expenses were $4.3 million resulting in $322k in net income at the end of that year.

## VII.  Committee Decision

| | |
|---|---|
| **Approving Body:** | Loan Committee |
| **Notable Comments/ Changes:** | TBD Post- Committee discussion |
| **Decision:** | Approval of: |

NHT000107