# EXHIBIT C



**MEMORANDUM**

| | | |
|---|---|---|
| **To:** | Josh Earn, Vice President | |
| **From:** | Ben Zimmitti, Loan Fund Administrator |  |
| **Date:** | November 6, 2023 | |
| **Re:** | NEHI Line of Credit – Loan 188 – 60-day maturity date extension | |

| | |
|---|---|
| **Request Summary** | A 60-day maturity date extension for NHTCDF's $705,000 line of credit to North East Housing Initiative, Inc. This would move the maturity date from 11/6/2023 to 1/5/2024. |
| **Staff Recommendation** | Staff recommend approval of a 60-day maturity date extension, moving the maturity date from 11/6/2023 to 1/5/2024.<br><br>Staff further recommend keeping all other terms the same. |
| **Current Loan Summary** | Borrower: North East Housing Initiative, Inc. ("NEHI")<br>Guarantor: n/a<br>Approved Loan Amount: $705,000.00<br>Total Balance as of 11/6/2023: $703,828.32<br>CDF Balance as of 11/6/2023 $337,500.00<br>Current Risk Rating: 4N<br>Origination Date: 3/7/2022<br>Current Maturity Date: 11/6/2023 |
| **Participation(s)** | Neighborhood Impact Investment Fund ("NIIF") has a 52.13% participation interest in the loan. |
| **Fees** | Staff recommend approval without a modification fee. A modification fee will be charged on a long-term restructuring being underwritten. |
| **Background** | NHTCDF approved the initial $675,000.00 line of credit in March 2022 to NEHI to support their efforts to acquire and rehabilitate for sale single family homes in northeast Baltimore, MD. The expectation was for the line of credit to be repaid via funds from already-committed grant funds from the City of Baltimore, via its Affordable Housing Trust Fund (AHTF) program. The AHTF grant funds were to be made available on a reimbursement basis.<br><br>NEHI missed their December 2022 interest payment, which led to the discovery in Q1 2023 that NEHI was deemed out of compliance with the AHTF grant, after a change in |

 1101 30th Street, NW Suite 100a
Washington, DC 20007

 202-333-8931 (Phone)
202-833-1031 (Fax)

 www.nationalhousingtrust.org

C-001                                                                 NHT000099



| | |
|---|---|
| | city administration reneged on an exception granted to NEHI for a home sale. A city audit under the new administration determined that NEHI had made a home sale to a low-income buyer, whose FHA loan did not accept the terms of the CLT ground lease required by NEHI under the terms of the grant program. After initially receiving approval from the city for the exception, NEHI was informed after the change in administration, that the new administration would not honor that exception, and as such, NEHI was placed out of compliance with the grant agreement, and reimbursement payments were halted.<br><br>The halt in grant payments presented a significant cash-flow issue for NEHI, which had to cover all expenses themselves. By March 2023, NEHI could not make pay roll. At this time, NHTCDF and NIIF agreed to have NIIF increase their participation in the line of credit slightly above 50%, to cover the past due interest payments. Separately, NHTCDF made available $60,000 in an enterprise-level loan to NEHI to ensure the organization was able to meet operating expenses while their staff worked to get back in compliance with the AHTF grant program.<br><br>NEHI eventually worked out a house-swap under the grant agreement, and the City agreed to reinstate NEHI as in compliance with the AHTF grant program. Given NEHI is the only CLT utilizing Baltimore's CLT AHTF funding, they are needed by the city to make the program a success. NEHI was advised it could take until June 2023 for the city to begin making payments under the grant. |
| **Past Modifications** | - 50% participation interest sale to NIIF, interest rate reduction, 9/1/2022.<br>- $30k increase of approved loan amount, 5/11/2023.<br>- 60-day maturity extension, from 9/7/2023 to 11/6/2023 |
| **Current Situation** | Staff continue to remain in close contact with borrower. To date, the City has disbursed $187,521.10 of the $750,000 AHTF grant. This initial disbursement was held by the City to cure the default NEHI was in following the errant home sale. NEHI has submitted invoices for reimbursement for the remaining $562,472.90. This reimbursement is "Under Review" by the City, and no date for disbursement of funds has been offered to the borrower.<br><br>The borrower made Q3 interest payments for interest accrued though 10/1/2023 on both this line of credit, as well as the separate enterprise loan outstanding with NHT. As both loans have interest due quarterly, the borrower is in good standing on payments. Reporting is also up to date as of drafting.<br><br>The borrower has agreed in principle that they would not draw funds from this line of credit unless and until it has been paid down to zero balance. NHT will include this |

 1101 30th Street, NW Suite 100a
Washington, DC 20007

 202-333-8931 (Phone)
202-833-1031 (Fax)

🌐 www.nationalhousingtrust.org

NHT000100



| | language in a credit memo as part of a longer-term restructuring of this loan. The restructure will require loan committee approval. Due to a busy pipeline and loan committee schedule, this restructuring did not occur in October, but will go to the December 12 loan committee meeting.<br><br>The 60-day extension is requested to keep the loan current until a subsequent modification can be reviewed by NHTCDF's loan committee. |
|---|---|

 1101 30th Street, NW Suite 100a
Washington, DC 20007

202-333-8931 (Phone)
202-833-1031 (Fax)

www.nationalhousingtrust.org

C-003                                                    NHT000101