# EXHIBIT D





**MEMORANDUM**

NATIONAL HOUSING TRUST
COMMUNITY
DEVELOPMENT
FUND

**TO:**      NHTCDF Loan Committee
**FROM:**  Ben Zimmitti, Sr Asset Manager
**DATE:**   April 25, 2025
**RE:**      Ln 188 – North East Housing Initiative – Term Extension

| | |
|---|---|
| **Request Summary** | Borrower requests a term extension on their $705,000 bridge loan with NHTCDF. The extension would allow time for committed grant funds to come in from the City of Baltimore to be used to pay off NHTCDF's loan.<br><br>While this loan has been frustrating to service, and repayment has been delayed, much of these delays were the result of changing City government administrations, and bureaucratic slowness/clunkiness within the City of Baltimore. The borrower has remained in close contact with NHTCDF staff, and the frustration is felt on both sides of this transaction. The City's behavior here has also been a barrier in the borrower's work to preserve affordable housing in the City. |
| **Staff Recommendation** | NHTCDF staff recommend approval of the following modifications to its $705,000 bridge loan to North East Housing Initiative ("NEHI").<br><br>- 3-month term extension, moving maturity date from 5/15/2025 to 8/15/2025.<br>- Interest rate increase to 6.00%, effective on 6/1/2025.<br><br>The extension will keep the loan current while the borrower waits on committed grant funds from Baltimore City. Staff recommend keeping all other terms the same. |

| | | |
|---|---:|---|
| **Current Loan Summary** | Borrower: | North East Housing Initiative, Inc. |
| | Guarantor(s): | n/a |
| | Approved Loan Amount: | $705,000 |
| | Total Balance as of Memo Date | $563,828 |
| | NHTCDF Balance as of Memo Date: | $270,367 |
| | Interest Rate: | 5.125% |
| | Current Risk Rating: | 5 |
| | Origination Date: | 9/1/2022 |
| | Original Maturity Date: | 9/7/2023 |
| | Current Maturity Date: | 5/15/2025 |

| | |
|---|---|
| **Participation(s)** | NIIF holds a 52.13% participation in the loan. |
| **Fees** | None. |
| **Past Modifications** | • 50% participation interest sale to NIIF, interest rate reduction, 9/1/2022.<br>• $30k increase of approved loan amount, 5/11/2023.<br>• 60-day maturity extension, 9/7/2023 to 11/6/2023<br>• 60-day maturity extension, 11/6/2023 to 1/5/2024<br>• 6-month maturity extension, 1/5/2024 to 7/5/2024 (loan committee)<br>• 6-month maturity extension, 7/5/2024 to 1/5/2025 (President)<br>• 4-month term extension, 1/5/2025 to 5/15/2025 (President) |
| **Security** | None; NHTCDF has an assigned pledge against the AHTF grant funds due from the City of Baltimore. |

 1101 Connecticut Ave NW, Suite 700
Washington, DC 20036

 202-333-8931
(Phone)
202-833-1031 (Fax)

www.nationalhousingtrust.org

D - 001
NHT000159