# EXHIBIT E

**APPROVED**

**MEMORANDUM**

**NATIONAL HOUSING TRUST
COMMUNITY
DEVELOPMENT
FUND**

**TO:**     NHTCDF Loan Committee
**FROM:**   Ben Zimmitti, Sr Asset Manager
**DATE:**   March 20, 2025
**RE:**     Ln 220 – North East Housing Initiative Enterprise Loan – 6-month term extension

| | |
|---|---|
| **Request Summary** | Borrower requests a maturity extension of its $60,000 enterprise loan from NHTCDF. The term extension would allow the borrower to receive committed grant funds from the City of Baltimore and pursue a debt consolidation with National Capital Bank to eventually take out NHTCDF. |
| **Staff Recommendation** | Staff recommend approval of a 6-month term extension of NHTCDF's $60,000 enterprise loan to North East Housing Initiative, moving the maturity date from 1/28/2025 to 7/28/2025. Staff recommend keeping all other terms the same. |
| **Current Loan Summary** | <table><tr><td align="right">Borrower:</td><td>North East Housing Initiative ("NEHI")</td></tr><tr><td align="right">Guarantor(s):</td><td>n/a</td></tr><tr><td align="right">Approved Loan Amount:</td><td>$60,000</td></tr><tr><td align="right">Balance as of Memo Date:</td><td>$60,000</td></tr><tr><td align="right">Interest Rate:</td><td>5.5%</td></tr><tr><td align="right">Current Risk Rating:</td><td>5</td></tr><tr><td align="right">Origination Date:</td><td>5/11/2023</td></tr><tr><td align="right">Original Maturity Date:</td><td>9/30/2023</td></tr><tr><td align="right">Current Maturity Date:</td><td>1/28/2025</td></tr></table> |
| **Participation(s)** | None. |
| **Fees** | Staff recommend approval of the modification with no fee. |
| **Past Modifications** | - 60-day maturity extension, 9/30/2023 to 11/29/2023.<br>- 60-day maturity extension, 11/29/2023 to 1/28/2024<br>- 6-month maturity extension, 1/28/2024 to 7/28/2024 (President)<br>- 6-month maturity extension, 7/28/2024 to 1/28/2025 (President) |
| **Security** | Unsecured. |
| **Background** | NHTCDF originated this loan to NEHI in May 2023 to provide much needed cash to cover operational shortfalls, due primarily to payment delays by the City of Baltimore. NEHI has been awarded several grants totaling over $2.5MM from Baltimore City. In 2022, NEHI made a home sale that did not technically meet the qualifications of the Affordable Housing Trust Fund (AHTF) grant program. While a previous City administration granted an exception to NEHI for the home sale, the new administration did not honor that exception and placed NEHI out of compliance with the grant program, freezing all payments of grant funds to NEHI.<br><br>NEHI eventually worked out a house-swap deal with the City to bring themselves back into good standing in Q1 2023, however, at that point, the organization was facing a cash flow shortage. NHTCDF provided its $60k enterprise loan to help the organization remain solvent during the acute period of crisis. The funds came out of NHTCDF's recently awarded $740,000 FA award from the CDFI Fund. The grant was awarded for the purpose of providing low-cost, long-term enterprise-level loans to Community Land Trusts, much like NEHI. |

 1101 Connecticut Ave NW, Suite 700
Washington, DC 20036

 202-333-8931 (Phone)
202-833-1031 (Fax)

🌐 www.nationalhousingtrust.org

NHT000267

**E-001**