# EXHIBIT F



**MEMORANDUM**

**TO:**      Priya Jayachandran, President
**FROM:**    Ben Zimmitti, Asset Manager
**DATE:**    August 16, 2024
**RE:**      Loan term extension – Ln 220 – North East Housing Initiative

| | |
|---|---|
| **Request Summary** | Borrower requests a 6-month maturity extension of its $60,000 enterprise loan from NHTCDF. The term extension would move the maturity date from 7/28/2024 to 1/28/2025. |
| **Staff Recommendation** | Staff recommend approval of a 6-month term extension of NHTCDF's $60,000 enterprise loan to North East Housing Initiative. Staff recommend keeping all other terms the same. |
| **Current Loan Summary** | Borrower: North East Housing Initiative ("NEHI") <br> Guarantor(s): n/a <br> Approved Loan Amount: $60,000 <br> Balance as of Memo Date: $60,000 <br> Interest Rate: 5.5% <br> Current Risk Rating: 5 <br> Origination Date: 5/11/2023 <br> Original Maturity Date: 9/30/2023 <br> Current Maturity Date: 7/28/2024 |
| **Participation(s)** | None. |
| **Fees** | 25 bps of outstanding balance ($150). |
| **Past Modifications** | - 60-day maturity extension, 9/30/2023 to 11/29/2023. <br> - 60-day maturity extension, 11/29/2023 to 1/28/2024 <br> - 6-month maturity extension, 1/28/2024 to 7/28/2024 |
| **Security** | Unsecured. |
| **Background** | NHTCDF originated this loan to NEHI in May 2023 to provide much needed cash to cover operational shortfalls, due primarily to payment delays by the City of Baltimore. NEHI has been awarded several grants totaling over $2.5MM from Baltimore City. In 2022, NEHI made a home sale that did not technically meet the qualifications of the Affordable Housing Trust Fund (AHTF) grant program. While a previous City administration granted an exception to NEHI for the home sale, the new administration did not honor that exception, and placed NEHI out of compliance with the grant program, freezing all payments of grant funds to NEHI. <br><br> NEHI eventually worked out a house-swap deal with the City to bring themselves back into good standing in Q1 2023, however, at that point, the organization was facing a cash flow shortage. NHTCDF provided its $60k enterprise loan to help the organization remain solvent during the acute period of crisis. The funds came out of NHTCDF's recently awarded $740,000 FA award from the CDFI Fund. The grant was awarded for the purpose of providing low-cost, long-term enterprise-level loans to Community Land Trusts, much like NEHI. |
| **Reason for Request** | NEHI spent the remainder of 2023 buying, rehabbing, and selling single-family homes, in compliance with the AHTF grant. The city confirmed an anticipated payment of roughly $562k out of NEHI's AHTF grant on July 31, which should be funded within 30-45 days. |

 1101 Connecticut Ave NW, Suite 700
Washington, DC 20036

 202-333-8931 (Phone)
202-833-1031 (Fax)

www.nationalhousingtrust.org

F-001

NHT000253



|  | This will greatly reduce NHT's overall exposure to NEHI, even if the repayment is not on this specific loan. |
|  | The borrower plans to repay this enterprise loan via a separate operating grant award also from the City of Baltimore. This extension is to allow those funds to be requested, processed and disbursed to the borrower. That said, as of 12/31/2023, the borrower has working capital of just under $345k, and a current asset ration of 1.14x. The financial strength of NEHI has improved greatly since early 2023, providing enough liquidity to repay this enterprise loan and the remainder of the bridge loan should the anticipated grant funding be delayed further. At the same time, given the source of funding used to extend this enterprise loan, NHTCDF is comfortable remaining more patient with this loan vis-à-vis the separate bridge loan to NEHI. |

2