# EXHIBIT G

**From:**       Benjamin Zimmitti [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DD1356127EDC434BA71822A6BFF25FDE-BENJAMIN ZI]
**Sent:**       4/22/2025 5:06:54 PM
**To:**         Megan Lieu [mlieu@nhtinc.org]
**CC:**         Daniela Kidder-Luciano [dkidderluciano@nhtinc.org]
**Subject:**    Re: Check #126 NEHI Int Payment

You've got to be kidding me. This was meant to be interest service on both loans we have out to NEHI.

Thanks for letting me know.



**Ben Zimmitti**
*he/him/his*
Senior Asset Manager

202-527-7207 x 786
bzimmitti@nhtinc.org
www.nationalhousingtrust.org
Donate to NHT
Follow us on Twitter and LinkedIn!

Please note our new address:
1101 Connecticut Ave NW Suite 700
Washington, DC 20036

---

**From:** Megan Lieu <mlieu@nhtinc.org>
**Sent:** Tuesday, April 22, 2025 4:13 PM
**To:** Benjamin Zimmitti <bzimmitti@nhtinc.org>
**Cc:** Daniela Kidder-Luciano <dkidderluciano@nhtinc.org>
**Subject:** Check #126 NEHI Int Payment

Hi Ben,

I'm not sure if you're aware, but the check from Garrik R Good for $16,379.46 was deposited on 4/8/25 and returned due to NSF on 4/11/25. Was this meant to be part of the payment for the 472k NEHI check that bounced in November 2024?

Thanks,



**Megan Lieu**
*(she/her/hers)*
Senior Accountant, Lending

Office:  202-998-2269 ext. 825
1101 Connecticut Ave NW, Suite 700
Washington, DC 20036
mlieu@nhtinc.org

Please note our new address:
1101 Connecticut Ave NW, Suite 700

G-001

NHT024885

Washington, DC 20036

G-002

NHT024886

GARRICK R GOOD
675 PRESIDENT ST. UNIT 2801
BALTIMORE, MD 21202-4596

86-221/1212

126

RECEIVED APR - 3

Date 3/28/25

Pay to the
Order of _NHT_ $ 16,379.46

_Sixteen Thousand Three Hundred Seventy Nine 44/100_ Dollars

Heat
Reactive
Ink

Charles Schwab Bank, SSB
Westlake, TX

Schwab Bank Investor Checking™

For _NEHI Int. Pay_

⑆121202211⑆ 44005160036 7⑈ 0126

LOOK FOR FRAUD-DETERRING FEATURES INCLUDING THE SECURITY SQUARE AND HEAT-REACTIVE INK. DETAILS ON BACK.

G - 003

NHT024912