# EXHIBIT H



**SAMMIS LAW FIRM**
**A PROFESSIONAL ASSOCIATION**

*Leslie M. Sammis*
*Jason D. Sammis*
*Joshua L. Monteiro*
*Katherine A. Aranda*
*Jocelyn Dopson-Rodriguez*
*Ricardo De Lucca*

1005 N. Marion Street
Tampa, FL 33602
(813) 250-0500 Office
(813) 276-1600 Fax
www.sammislawfirm.com

February 20, 2026

To Whom It May Concern,

I represent North East Housing Initiative, Inc. ("NEHI") in connection with a civil asset forfeiture review involving a cryptocurrency donation received in April 2025.

I have been in direct communication with the Federal Bureau of Investigation agent and the Assistant United States Attorney assigned to this matter. The Government has advised that its investigation was initiated based on blockchain tracing associated with the questionable historical movement of this specific cryptocurrency. As is common with cryptocurrency transactions, digital assets pass through multiple wallets over time, often including wallets held by subsequent good-faith recipients, before reaching their final destination.

NEHI received this donation in good faith. NEHI staff and leadership does not possess any knowledge of alleged prior unlawful activity and has no connection to any prior underlying conduct under investigation. NEHI has cooperated fully through counsel and has provided documentation supporting its status as an innocent owner of the digital assets. It is also likely that the donor was an innocent owner and that the cryptocurrency was held in a single wallet for several months before being donated to NEHI.

NEHI has filed a verified claim in the civil forfeiture process to assert its ownership rights. At present, the cryptocurrency is frozen pending resolution of the matter but has not been forfeited. The civil forfeiture process can take time to resolve administratively. It often takes at least 90 days before the Government is willing to release the funds.

NEHI has not been charged with any crime and is not the subject of any criminal prosecution. The matter is limited to the ownership and disposition of specific cryptocurrency and does not involve allegations of operational misconduct by NEHI.

Sincerely,

*Leslie M. Sammis*

Leslie M. Sammis

*Phone (813) 250-0500 · Facsimile (813) 276-1600*

H - 001