# EXHIBIT J

 Outlook

**RE: Request for Support: DHCD Grant Delay Impacting NEHI's Phase 8 Project**

**From** Kennedy, Alice (DHCD) <Alice.Kennedy@baltimorecity.gov>

**Date** Tue 2/10/2026 12:43 PM

**To** Garrick Good <garrick.good@nehihomes.org>; Leach, Faith (Mayor's Office) <Faith.Leach@baltimorecity.gov>; Cory McCray <cory.mccray@senate.maryland.gov>; Davis, Scott (DHCD) <ScottC.Davis@baltimorecity.gov>; Merrill, John David (Mayor's Office) <john.merrill@baltimorecity.gov>; Young, Calvin (Mayor's Office) <calvin.young@baltimorecity.gov>; Redfern, Wendi (DHCD) <Wendi.Redfern@baltimorecity.gov>

**Cc** danise1 <danise1@verizon.net>

Garrick,

It is my understanding that currently there are no active grants between NEHI and DHCD – they are all expired or closed. The pause covers all grant activity across any city agency, and for the duration of the investigation. At this time, we are going to refrain from further engagement at the advice of legal counsel.

Alice

**Alice Kennedy**
**Commissioner**
Office: (410) 396 – 8050 | Mobile: (410) 382– 5803

---

**From:** Garrick Good <garrick.good@nehihomes.org>
**Sent:** Tuesday, February 10, 2026 8:00 AM
**To:** Kennedy, Alice (DHCD) <Alice.Kennedy@baltimorecity.gov>; Leach, Faith (Mayor's Office) <Faith.Leach@baltimorecity.gov>; Cory McCray <cory.mccray@senate.maryland.gov>; Davis, Scott (DHCD) <ScottC.Davis@baltimorecity.gov>; Merrill, John David (Mayor's Office) <john.merrill@baltimorecity.gov>; Young, Calvin (Mayor's Office) <calvin.young@baltimorecity.gov>; Redfern, Wendi (DHCD) <Wendi.Redfern@baltimorecity.gov>
**Cc:** danise1 <danise1@verizon.net>
**Subject:** Re: Request for Support: DHCD Grant Delay Impacting NEHI's Phase 8 Project
**Importance:** High

**CAUTION:**  This email originated from outside of Baltimore City IT Network Systems.
**Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

I am writing in response to the City's notice that grant activity related to North East Housing Initiative ("NEHI") has been paused due to an alleged federal law-enforcement investigation.

NEHI has not received notice of any formal allegations, findings, charges, or determinations of wrongdoing, nor has NEHI been contacted directly by any federal authority regarding the existence or scope of an investigation. NEHI is, of course, working with counsel and remains committed to full compliance with all applicable laws and grant requirements.

J - 001
NEHI000113

Given the significant operational and financial consequences associated with a suspension of grant activity—particularly for projects already approved, conveyed, or underway—I respectfully request clarification on the following:

1. The legal basis for the City's decision to pause grant activity absent notice of findings or adverse action;

2. Whether the pause applies universally to all NEHI grants or only to specific awards, phases, or activities;

3. Whether the pause includes execution of previously approved amendments, extensions, or reimbursements for costs already incurred;

4. The criteria, process, and anticipated timeline the City will use to reassess and determine resumption of grant activity.

NEHI has relied in good faith on the City's approvals and actions to date and continues to incur carrying costs and contractual obligations associated with these projects. We request the opportunity to engage with the City promptly to understand the scope of this action and identify any appropriate interim measures.

Please let me know a convenient time to discuss or the appropriate point of contact for follow-up.

Sincerely,
Garrick R. Good



**Garrick R. Good** JD, MBA, CFRE
President/CEO

North East Housing Initiative
5307 Belair Road
Baltimore, MD 21206
Phone: 443.303.3941
Mobile: 301.795.5319
Email: Garrick.Good@nehihomes.org
Website: www.nehihomes.org

---

**From:** Kennedy, Alice (DHCD) <Alice.Kennedy@baltimorecity.gov>
**Sent:** Monday, February 9, 2026 8:02 PM
**To:** Garrick Good <garrick.good@nehihomes.org>; Leach, Faith (Mayor's Office) <Faith.Leach@baltimorecity.gov>; Cory McCray <cory.mccray@senate.maryland.gov>; Davis, Scott (DHCD) <ScottC.Davis@baltimorecity.gov>; Merrill, John David (Mayor's Office) <john.merrill@baltimorecity.gov>; Young, Calvin (Mayor's Office) <calvin.young@baltimorecity.gov>; Redfern, Wendi (DHCD) <Wendi.Redfern@baltimorecity.gov>
**Cc:** danise1 <danise1@verizon.net>
**Subject:** Re: Request for Support: DHCD Grant Delay Impacting NEHI's Phase 8 Project

Garrick,

J - 002
NEHI000114

The City has been made aware of an investigation by federal law enforcement authorities involving NEHI.  As a result, the City will be pausing further grant activities related to NEHI pending the outcome of that investigation.


Alice



Get Outlook for iOS

---

**From:** Garrick Good <garrick.good@nehihomes.org>
**Sent:** Monday, February 9, 2026 6:00 PM
**To:** Leach, Faith (Mayor's Office) <Faith.Leach@baltimorecity.gov>; Kennedy, Alice (DHCD) <Alice.Kennedy@baltimorecity.gov>; Cory McCray <cory.mccray@senate.maryland.gov>; Davis, Scott (DHCD) <ScottC.Davis@baltimorecity.gov>; Merrill, John David (Mayor's Office) <john.merrill@baltimorecity.gov>; Young, Calvin (Mayor's Office) <calvin.young@baltimorecity.gov>; Redfern, Wendi (DHCD) <Wendi.Redfern@baltimorecity.gov>
**Cc:** danise1 <danise1@verizon.net>
**Subject:** Re: Request for Support: DHCD Grant Delay Impacting NEHI's Phase 8 Project


**CAUTION:**  This email originated from outside of Baltimore City IT Network Systems.
**Reminder:**  DO NOT click links or open attachments unless you recognize the sender and know that the content is safe.  Report any suspicious activities using the Report Phishing Email Button, or by emailing to Phishing@baltimorecity.gov

MS. Leach/ Commissioners:

I am writing to follow up on your message earlier today indicating that DHCD and the Law Department would provide a response on next steps by close of business.

As of 5:57 p.m., we have not yet received that follow-up. Given the ongoing accrual of carrying costs and the direction I have received from our Board, I wanted to respectfully note the absence of a response and reiterate NEHI's strong preference to resolve this matter administratively, without escalation, if at all possible.

We remain available this evening or first thing tomorrow should a brief call be helpful. Thank you again for your acknowledgment earlier today, and we look forward to your guidance on next steps.

Respectfully,
Garrick Good

J - 003
NEHI000115