# EXHIBIT K

| From: | Benjamin Zimmitti [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DD1356127EDC434BA71822A6BFF25FDE-BENJAMIN ZI] |
|---|---|
| Sent: | 5/6/2025 6:12:24 PM |
| To: | Mark Kaufman [mark@baltimoreniif.org] |
| CC: | Sammy Ndiyo [sammy@baltimoreniif.org]; Shellon Fraser [sfraser@nhtinc.org]; Ryan Rattanni [ryan@baltimoreniif.org]; Robin Halsband [rhalsband@forsythstreet.com] |
| Subject: | Re: NEHI |
| Attachments: | Outlook-qyvowng3 |

Hi Mark,

Sorry for the delay here. I proposed an extension on this to 8/15/2025, if that is suitable for NIIF.

Garrick is back and forth with the City to draw down additional grant funds. They were working to transfer 10 properties from the City to NEHI that they could begin work on for further drawdowns on their grants. Garrick is simultaneously working to close on additional enterprise debt to takeout our loan and fund future activities. Based on my conversation with him last week, they were working to close on a guarantee from the Abel foundation in Baltimore to secure that loan. So two potential avenues to repayment.

We did receive interest for 1/1 and 4/1 which we will remit to NIIF this week.

Let me know how that sounds. Sorry again for all the pain on this one, but appreciate NIIF sticking with us!

**Ben Zimmitti**
*he/him/his*
Senior Asset Manager

202-527-7207 x 786
bzimmitti@nhtinc.org
www.nationalhousingtrust.org
Donate to NHT
Follow us on Twitter and LinkedIn!

Please note our new address:
1101 Connecticut Ave NW Suite 700
Washington, DC 20036

---

**From:** Mark Kaufman <mark@baltimoreniif.org>
**Sent:** Tuesday, May 6, 2025 5:57 PM
**To:** Benjamin Zimmitti <bzimmitti@nhtinc.org>
**Cc:** Sammy Ndiyo <sammy@baltimoreniif.org>; Shellon Fraser <sfraser@nhtinc.org>; Ryan Rattanni <ryan@baltimoreniif.org>; Robin Halsband <rhalsband@forsythstreet.com>
**Subject:** Re: NEHI

Hi Ben

To follow up on NEHI, at a minimum, we have to get this papered for our auditors and want to do asap with our fiscal year end coming into view

According to our records, As of 4/1, the principal outstanding is $51,860.79 plus accrued interest at that date is $2,451.92 so th the total outstanding is 54,312.71.

K-001

NHT025824

We don't have an extension in place and are accruing that interest which we need to get papered and or we need to close out this loan and get paid.

I'm not trying to be a pain, but i don't want an audit issue over this.   Happy to start laying on fees etc too but my principal concern at this point is audit as much or more than credit

Mark Kaufman
President
Neighborhood Impact Investment Fund
Email – mark@baltimoreniif.org
Cell - 410-218-3437

---

**From:** Mark Kaufman
**Sent:** Tuesday, May 6, 2025 10:48 AM
**To:** Benjamin Zimmitti <bzimmitti@nhtinc.org>
**Subject:** RE: NEHI

Ben

Can we please have a call on NEHI with you guys at a minimum

- Last left I have an email talking about an extension?
- We need to sort out what is happening so we can make sure our financials are correct for our auditors. I realize this is painful and I'm not suggesting miracles, but I don't want an audit exception because we aren't tracking properly even given the mess this is (offset by the small amount involved)

Sammy – pls advise where we are on our system?

Regards

Mark Kaufman
President
Neighborhood Impact Investment Fund
Email – mark@baltimoreniif.org
Cell - 410-218-3437

---

**From:** Mark Kaufman
**Sent:** Tuesday, April 15, 2025 10:10 AM
**To:** Benjamin Zimmitti <bzimmitti@nhtinc.org>
**Subject:** NEHI

K-002

NHT025825

Hi Ben

Any update on our favorite CLT loan

Regards

Mark Kaufman
President
Neighborhood Impact Investment Fund
Email – mark@baltimoreniif.org
Cell - 410-218-3437

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please forward any suspicious email "as an attachment" to support@nhtinc.org.

K-003

NHT025826

| | |
|---|---|
| **From:** | Mark Kaufman [mark@baltimoreniif.org] |
| **Sent:** | 5/7/2025 11:43:20 AM |
| **To:** | Benjamin Zimmitti [bzimmitti@nhtinc.org] |
| **CC:** | Sammy Ndiyo [sammy@baltimoreniif.org]; Shellon Fraser [sfraser@nhtinc.org]; Ryan Rattanni [ryan@baltimoreniif.org]; Robin Halsband [rhalsband@forsythstreet.com]; Kevin McLoughlin [kmcloughlin@forsythstreet.com] |
| **Subject:** | RE: NEHI |

So the rate has not moved?

Regards

Mark Kaufman
President
Neighborhood Impact Investment Fund
Email – mark@baltimoreniif.org
Cell - 410-218-3437

---

**From:** Benjamin Zimmitti <bzimmitti@nhtinc.org>
**Sent:** Wednesday, May 7, 2025 9:50 AM
**To:** Mark Kaufman <mark@baltimoreniif.org>
**Cc:** Sammy Ndiyo <sammy@baltimoreniif.org>; Shellon Fraser <sfraser@nhtinc.org>; Ryan Rattanni <ryan@baltimoreniif.org>; Robin Halsband <rhalsband@forsythstreet.com>; Kevin McLoughlin <kmcloughlin@forsythstreet.com>
**Subject:** Re: NEHI

Hi Mark,

Attaching full year 2023 and 2024 internal financials for NEHI.

I initially requested an extension to July, however, our president only approved a term extension to 5/15/2025, and requested our loan committee review any further extension to increase the interest rate on the note. I received approval for the term extension to 8/15/25 from our loan committee last week.

These modifications have not been papered. They are with our legal counsel, and we won't execute any modification until NIIF consents.

I initially delayed extending the loan term during Q1 of this year because I wanted to keep the pressure on NEHI with the maturity, however, that tactic did not produce a faster resolution here...

K-004

NHT025884