# EXHIBIT L

DocuSign Envelope ID: AAB351F6-D20A-45E9-A73C-3F05BEAAB52F



**MEMORANDUM**

| | |
|---|---|
| **To:** | Priya Jayachandran, President |
| **From:** | Ben Zimmitti, Asset Manager |
| **Date:** | January 25, 2024 |
| **Re:** | NEHI Enterprise Loan – L220 – 6-month Maturity Extension |

| | |
|---|---|
| **Request Summary** | A 6-month maturity date extension on NHTCDF's $60,000 enterprise-level loan to North East Housing Initiative ("NEHI"). This would move the maturity date from 1/28/2024 to 7/28/2024. |
| **Staff Recommendation** | Staff recommends approval of a 6-month maturity date extension. Staff further recommends keeping all other terms the same. |
| **Current Loan Summary** | Borrower: North East Housing Initiative ("NEHI")<br>Guarantor: None.<br>Approved Loan Amount: $60,000.00<br>Balance as of 1/25/2024: $60,000.00<br>Interest Rate: 5.5%<br>Current Risk Rating: 4N<br>Origination Date: 5/11/2023<br>Original Maturity Date: 9/30/2023<br>Current Maturity Date: 1/28/2024 |
| **Participation(s)** | None. |
| **Fees** | Staff recommend against charging a modification fee at this time. |
| **Past Modifications** | - 60-day maturity extension, from 9/30/2023 to 11/29/2023.<br>- 60-day maturity extension, from 11/29/2023 to 1/28/2024 |
| **Security** | Unsecured. |
| **Background** | NHTCDF originated this loan to NEHI in May 2023 to provide much needed cash to cover operational shortfalls, due primarily to payment delays by the City of Baltimore. NEHI has been awarded several grants totaling over $2.5MM from Baltimore City. In 2022, NEHI made a home sale that did not technically meet the qualifications of the Affordable Housing Trust Fund (AHTF) grant program. While a previous City administration granted an exception to NEHI for the home sale, the new administration did not honor that exception, and placed NEHI out of compliance with the grant program, freezing all payments of grant funds to NEHI. |

 1101 30th Street, NW Suite 100a
Washington, DC 20007

 202-333-8931 (Phone)
202-833-1031 (Fax)

www.nationalhousingtrust.org

L-001                                                                 NHT000247

DocuSign Envelope ID: AAB351F6-D20A-45E9-A73C-3F05BEAAB52F



| | |
|---|---|
| | NEHI eventually worked out a house-swap deal with the City to bring themselves back into good standing in Q1 2023, however, at that point, the organization was facing a cash flow shortage. NHTCDF provided its $60k enterprise loan to help the organization remain solvent during the acute period of crisis. The funds came out of NHTCDF's recently awarded $740,000 FA award from the CDFI Fund. The grant was awarded for the purpose of providing low-cost, long-term enterprise-level loans to Community Land Trusts, much like NEHI.<br><br>NEHI expects to repay the enterprise loan out of a combination of a $100k operating grant that has already been awarded from the City of Baltimore, as well as AHTF grant funds when they are received from the City. The borrower received award notification letters for both grants in 2022. |
| **Current Situation** | NHT staff have remained in close contact with NEHI's Executive Director, Garrick Good for the past half year. NEHI continues to buy, renovate, and sell properties under is CLT-model, and remains a vital partner in the City of Baltimore's efforts to increase the city's supply of affordable housing. Recently, NHT and NIIF staff got in contact with a City representative in the Department of Housing and Community Development regarding NEHI's grants. The City representative was able to corroborate the information Garrick Good provided regarding the status of both the AHTF award funds, as well as the operating grant funds.<br><br>NEHI received $50k of the operating grant funds in December 2023 and sent 100% to NHT. NHT staff made the decision to apply this $50k to the line of credit (Loan 188) NEHI has with NHT. NIIF is a 50% participant on the line of credit. In order to be good stewards of the NIIF/NHT partnership, the funds were applied to the line of credit instead of applying to NEHI's enterprise loan. Additionally, given this enterprise-level loan was originated with capital as part of a new CLT program, staff feel more comfortable leaving this capital out for a longer period of time.<br><br>NEHI's Board of Directors has reviewed and approved an ambitious 2024 "turn-around" strategy for the organization, including expanding its CLT operations into neighboring Baltimore County, among other ventures into additional revenue-generating activities for the organization. More importantly, with a point of contact inside Baltimore City's government, NHT staff feel more comfortable with the grant takeout materializing, even if it takes several months longer than originally anticipated.<br><br>NEHI is current on interest payments for both this enterprise loan as well as its line of credit with NHT. NEHI has also remained up to date on its compliance reporting. |

1101 30th Street, NW Suite 100a
Washington, DC 20007

202-333-8931 (Phone)
202-833-1031 (Fax)

www.nationalhousingtrust.org

L-002

NHT000248

DocuSign Envelope ID: AAB351F6-D20A-45E9-A73C-3F05BEAAB52F



| Decision | |
|---|---|
| Approving Body: | NHTCDF President |
| Decision: | I approve the above request. |
| Comments: | |
| Signature: | DocuSigned by:<br>*Priya Jayachandran*<br>—8ED7C2A7209E472... |
| Date Signed: | 1/28/2024 |

 1101 30th Street, NW Suite 100a
Washington, DC 20007

202-333-8931 (Phone)
202-833-1031 (Fax)

www.nationalhousingtrust.org

L-003

NHT000249