# EXHIBIT M

**From:**      Andrea Sevanto [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B200649438764B1B8AD4A6A0A73168B3-B3643357-E0]
**Sent:**      9/19/2025 11:39:15 AM
**To:**        Mark Kaufman [mark@baltimoreniif.org]
**CC:**        Daniela Kidder-Luciano [dkidderluciano@nhtinc.org]; Sammy Ndiyo [sammy@baltimoreniif.org]; Alice Hamilton
               Evert [ahamilton@nhtinc.org]
**Subject:**   RE: NHT NEHI - NIIF Loan Status

Mark,

I have our counsel involved (Alice Hamilton, cc'd) and she is ready to involve external counsel. We do have a pledge to proceeds from the sale of properties. I have asked Garrick to confirm the source of the funds that have been frozen by the bank and on which funds he issued the check to us. Unfortunately, the bounced check would have substantially reduced the balance. I also have this loan on watch and am currently reserving 20%. I will downgrade to the next level before write off next month where I will be reserving at least 35%. I have an email out to Garrick to request information, but as you may suspect he is not being proactive in responding.
I will keep you posted as we know more.

Thanks,
Andrea

**From:** Mark Kaufman <mark@baltimoreniif.org>
**Sent:** Friday, September 19, 2025 11:04 AM
**To:** Andrea Sevanto <asevanto@nhtinc.org>; Sammy Ndiyo <sammy@baltimoreniif.org>
**Cc:** Daniela Kidder-Luciano <dkidderluciano@nhtinc.org>
**Subject:** Re: NHT NEHI - NIIF Loan Status

Thanks Andrea - my recollection on this with the litany of extensions is that we are still basically unsecured on this as i dig through the various docs.   We have them on watch, but as we downgrade, going to have to estimate recovery.  I know that's a finger in the air, but just wanna make sure we have the facts straight.   Thoughts welcome!   Thankfully the balance has been substantially reduced.


Regards


Mark Kaufman

President

Neighborhood Impact Investment Fund

Email – mark@baltimoreniif.org
Cell - 410-218-3437

M - 001

NHT004479

**From:** Andrea Sevanto <asevanto@nhtinc.org>
**Sent:** Tuesday, September 16, 2025 1:20 PM
**To:** Sammy Ndiyo <sammy@baltimoreniif.org>
**Cc:** Mark Kaufman <mark@baltimoreniif.org>; Daniela Kidder-Luciano <dkidderluciano@nhtinc.org>
**Subject:** RE: NHT NEHI - NIIF Loan Status

Hi Sam,

I personally reached out to Garrick yesterday. We had received a check for paydown on the loan that bounced back. Garrick disclosed yesterday the reason for the bounced back check is that the holding bank has frozen the funds due to a dispute with a lender in NJ that has filed a claim to the funds in a NJ court. As we are learning about the dispute now, I have reached out to our internal counsel to determine best course considering the litigation. I have also asked Garrick to provide contact information for his attorney so our counsel can contact him/her directly to better understand and assess the situation. I will share information as I receive it, but for now expect this loan to remain delinquent.

Thanks,
Andrea

**From:** Sammy Ndiyo <sammy@baltimoreniif.org>
**Sent:** Tuesday, September 16, 2025 11:14 AM
**To:** Daniela Kidder-Luciano <dkidderluciano@nhtinc.org>
**Cc:** Andrea Sevanto <asevanto@nhtinc.org>; Mark Kaufman <mark@baltimoreniif.org>
**Subject:** NHT NEHI - NIIF Loan Status
**Importance:** High

Good morning,

We have been in contact with Ben Zimmitti regarding the details of this loan in which we are in a participation with NHT. I just received an automated email from Ben stating that his last day was on 9/10. In the email, he mentioned your names as people we should contact as it pertains to loan servicing and other requests. Is it at all possible you could provide an update as to where are at with this loan? The loan had a maturity date of 8/15 that we have not received payment for and we're also waiting on the remainder of interest that was due on 7/1. Could you please advise?

Best regards,
Sam

**Sammy Ndiyo, CPA (Pronounced In-Dee-Yo)**
**CFO**
Neighborhood Impact Investment Fund
Email- sammy@baltimoreniif.org
240-565-8717

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please forward any suspicious email "as an attachment" to support@nhtinc.org.

M - 002

NHT004480

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Please forward any suspicious email "as an attachment" to support@nhtinc.org.

M - 003

NHT004481