## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL HOUSING TRUST COMMUNITY *
DEVELOPMENT FUND
                                            *

       *Plaintiff*

                                        *    **Case No.:** 1:26-cv-00076-MAU

**v.**

                                            *

NORTH EAST HOUSING INITIATIVE, INC.
                                            *

       *Defendant*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Plaintiff National Housing Trust Community Development Fund's Motion for Summary Judgment and the supporting documents thereto, Defendant North East Housing Initiative, Inc.'s Opposition thereto and the supporting documents thereto, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is by the Court this _____ day of _____, 2026, hereby

ORDERED that Plaintiff's Motion for Summary Judgment is **DENIED**.

SO ORDERED.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge