**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **NATIONAL HOUSING TRUST COMMUNITY DEVELOPMENT FUND** | * | |
| | * | |
| ***Plaintiff*** | * | **Case No.: 1:26-CV-76-MAU** |
| **v.** | * | |
| **NORTH EAST HOUSING INITIATIVE, INC.** | * | |
| ***Defendant*** | | |

* * * * * * * * * * * * *

**[PROPOSED] ORDER**

Upon consideration of Defendant North East Housing Initiative, Inc.'s Motion for Leave to File First Amended Answer and for Leave to File a Limited Surreply, and the entire record herein, it is hereby

**ORDERED** that Defendant's Motion for Leave to File First Amended Answer is **GRANTED**; and it is further

**ORDERED** that Defendant's First Amended Answer, attached as Exhibit 1 to the Motion, is deemed filed as of the date of this Order; and it is further

**ORDERED** that Defendant may file a limited surreply, not exceeding five (5) pages, within seven (7) days of this Order, addressing Plaintiff's reply merits arguments on Defendant's originally pleaded and amended defenses and Plaintiff's new reply damages evidence; and it is further

**ORDERED** that ruling on Plaintiff's Motion for Summary Judgment is DEFERRED pending completion of the foregoing.

**SO ORDERED**.

Date: ____________________

______________________________
MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE